**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Homejoy (assignment for the benefit of creditors) LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4702339** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**1100 La Avenida Street, Suite A**<br>**Mountain View, CA 94043**<br>Number, Street, City, State & ZIP Code<br><br>**Santa Clara**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership<br><br>☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
8139

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

Case: 15-53931   Doc# 1   Filed: 12/15/15   Entered: 12/15/15 12:19:04   Page 2 of 30

**11. Why is the case filed in this district?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Homejoy (assignment for the benefit of creditors) LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12-15-2015
           MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title   **Responsible Individual**

**Tim J. Cox**
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   12-15-2015
        MM / DD / YYYY

**Ron Bender**
Printed name

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**    Email address

**143364**
Bar number and State

Case: 15-53931     Doc# 1     Filed: 12/15/15     Entered: 12/15/15 12:19:04     Page 4 of 30

| | |
|---|---|
| Debtor name | **Homejoy (assignment for the benefit of creditors) LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Google Ventures 1600 Amphitheatere Parkway Mountain View, CA 94043** | 650-253-0000 | | | | | **$1,558,800.00** |
| **Redpoint Ventures 3000 Sand Hill Road Building 2 Suite 290 Menlo Park, CA 94025** | **Attn. Geoff Yang** | | | | | **$1,091,200.00** |
| **Paul Hastings LLP 1117 S. California Avenue Palo Alto, CA 94304** | 650-320-1800 | | | | | **$493,468.78** |
| **Goodwin Procter LLP 135 Commonwealth Drive Menlo Park, CA 94025-1105** | 650-752-3100 | | | | | **$307,281.70** |
| **Cooley 101 CA St 5th Fl San Francisco, CA 94111** | 415-693-2000 | | | | | **$250,531.72** |
| **TaskUs-1 3233 Donald Douglas Loop S Santa Monica, CA 90405** | 310-929-5966 | | | | | **$151,182.25** |
| **Staples PO Box 83689 Chicago, IL 60696-3689** | 508-253-5000 | | | | | **$108,290.94** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| twilio-1 Twilio, Inc. Dept LA 23938 Pasadena, CA 91185-3938 | 877-889-4546 | | | | | $69,219.86 |
| Recommind 650 California Street San Francisco, CA 94108 | 415-394-7899 | | | | | $51,337.67 |
| Celerity Consulting Group 2 Gough Street Suite 300 San Francisco, CA 94103 | 415-986-8850 | | | | | $50,014.36 |
| Monroe Personnel Service, L.L.C. 220 Montgomery Street, Suite 1006 San Francisco, CA 94104 | 415-732-7520 | | | | | $47,934.70 |
| Sac Rent - LBD 655 University Avenue Suite 225 Sacramento, CA 95825-6747 | 916-929-0262 | | | | | $44,029.80 |
| 10K ADVERTISING, INC 473 1/4 S. FAIRFAX AVE Los Angeles, CA 90036 | 310-779-1209 | | | | | $37,040.00 |
| CheckR 440 N Wolfe Rd. Ste 2224 Sunnyvale, CA 94085 | 844-224-3257 | | | | | $35,581.28 |
| zerocater-1 115 Stillman Street San Francisco, CA 94107 | 415-470-5701 | | | | | $34,142.84 |
| ZENDESK, INC. 1019 Market Street San Francisco, CA 94103 | 415-418-7506 | | | | | $33,684.00 |
| Newmark Cornish & Carey Attn: Accounting Dept PO Box 58159 Santa Clara, CA 95052-8159 | 650-322-2600 | | | | | $32,655.63 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Square<br>1455 Market Street<br>San Francisco, CA 94103 | 855-700-6000 | | | | | $32,091.20 |
| Noteleaf, Inc.<br>260 Sheridan Ave.<br>Suite 310<br>Palo Alto, CA 94306 | 650-279-8908 | | | | | $30,000.00 |
| Moss Adams LLP<br>PO Box 748369<br>Los Angeles, CA 90074-8369 | 408-369-2400 | | | | | $29,354.21 |

By including an entity in the List of Creditors Who Have the 20 Largest Unsecured Claims, the Debtor is not acknowledging that any of these entities are creditors of the Debtor's bankruptcy estate.

Case: 15-53931    Doc# 1    Filed: 12/15/15    Entered: 12/15/15 12:19:04    Page 7 of 30

## United States Bankruptcy Court
### Northern District of California

In re   __Homejoy (assignment for the benefit of creditors) LLC__       Case No.

                                                     Debtor(s)        Chapter    __11__

## VERIFICATION OF CREDITOR MATRIX

I, the Responsible Individual of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     12-15-2015

Tim J. Cox/Responsible Individual
Signer/Title

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

10K ADVERTISING, INC
473 1/4 S. FAIRFAX AVE
Los Angeles, CA 90036


1605-25W-0L4 LLC
1605 W Olympic Blvd #1003
Los Angeles, CA 90015


Ace Parking
PO Box 917
Turlock, CA 95381


Aerotek
3689 Collection Ctr. Dr.
Chicago, IL 60693


AMAZON MEDIA GROUP LLC
PO Box 24651
Seattle, WA 98124


Andersen Tax
Box 200988
Pittsburgh, PA 15251-0988


Angele Selden
514 Oak Creek Dr.
Brandon, FL 33511


Annette Malveaux-Smith
c/o Brian R. Strange
Strange & Butler
12100 Wilshire Blvd, #1900
Los Angeles, CA 90025

Annette Malveaux-Smith
c/o William F. Small III
Small & Schena LLP
1350 Columbia St., Ste. 700
San Diego, CA 92101


Apple Inc.
Apple Inc.
p.o. box 846095
dallas, TX 94104


Aramark
22512 Network Place
Chicago, IL 60673-1226


Ashley Posey
2558 14th Ave W
Unit A
Seattle, WA 98119


AT&T
208 S. Akard St.
Dallas, TX 75202


Baker & McKenzie
Two Embarcadero Center
11th Floor
San Francisco, CA 94111-3802


Barbary Coast Living
PO Box 640832
San Francisco, CA 94164


Bridgette Freeman
438 Silverton Drive
GA 30282

Business With Pleasure
1 Victor Square
Scotts Valley, CA 95066


Buyer's Best Friend
38 Lyon Street
San Francisco, CA 94117


Canteen refreshment services
Divison of Compass Group
File 50196
Los Angeles, CA 90074


Carol Kuhn
3747 N Pittsburgh Ave;
Chicago, IL 60634


Celerity Consulting Group
2 Gough Street
Suite 300
San Francisco, CA 94103


CheckR
440 N Wolfe Rd.
Ste 2224
Sunnyvale, CA 94085


Club MomMe
5350 Playa Vista Drive
#23
Playa Vista, CA 90094


Cobaltix
1095 Folsom Street
San Francisco, CA 94103

Cogent
PO Box 791087
Baltimore, MD 21279-1087


Compass Group USA
2400 Yorkmont Rd
Charlotte, NC 28217


Connie Sehat
798 Piedmont Avenue Northeast
Apt. A
Atlanta, GA 30308


Conversocial Inc.
PO Box 845988
Boston, MA 00084-5988


Cooley
101 CA St
5th Fl
San Francisco, CA 94111


Curacao Business Center - LA Rent
1605 W. Olympic Blvd.
STE 1003
Los Angeles, CA 90013


Dagah Benyisrayl
3210 13th St SE. Apt. 10
Washington, DC 20032


DBA Media, LLC
133 West 19th Street, 4th Floor
NY, NY 10011

Deezer INC
527 Howard St
San Francisco, CA 94105


Department of Labor and Industries
PO Box 34974
Seattle, WA 98127-1974


Desnoyers
PO BOX 26242
Winston Salem, NC 27114


Devorah Kreiman
180 South Highland Ave.
Los Angeles, CA 90036


Diana Ventura
c/o Laura L. Ho
Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612


Diana Ventura
c/o David Browne
Browne Labor Law
475 Washington Blvd.
Marina Del Rey, CA 90292


Donna Thompson
10406 66th Venue South
Seattle, WA 98178


Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480

E4 TECHNOLOGIES, INC.
PO Box 648175
Vero Beach, FL 32964


Edina Becirovich
503 Brooks Ave
San Jose, CA 95125


Emily Henderson Design, LLC
1110 Oberlin Drive
Los Angeles, CA 91205


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280


Erin Meisel
1431 Ocean Avenue
1604
Santa Monica, CA 90401


Facebook
Attn: Accounts Receivable
15161 Collections Center Drive
Chicago, IL 60693


Fed Ex TechConnect Inc.
As assignee of federal Express corp
Attn: Revenue Recovery/ Bankruptcy
3965 Airways Blvd Module G 3rd Floor
Memphis, TN 38116


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812

Fullmoonfire
1261 Albion Lane
Sunnyvale, CA 94087


GE Capital Information Technology Soluti
PO Box 13708
Macon, GA 31210


Geary LSF Group
332 Pine Street
Suite 600
San Francisco, CA 94104


Gillian Horton
604 Melrose St
Alexandria, VA 22302


Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA 94025-1105


Google Ventures
1600 Amphitheatere Parkway
Mountain View, CA 94043


Greyhound Capital Management LLC
Attn: Pogos Saiadian
70 Duke Street
London W1K 6JX United Kingdom W1K 6JX


GrubHub Holdings Inc.
1065 Avenue of the Americas
15th Floor
New York, NY 10018

Gualdini Tay
12 Doughernty Blvd A3
Glen Mills, PA 19342


Gurock
Heinrich-Roller-Str. 16b
Berlin, Germany 10405


Hector Negron
PO Box 192099
Boston, MA 02119


Heidi Cangiamilla
3939 Via Cristobal
Campbell, CA 95008


HireReady
353 King Street
Apt 722
San Francisco, CA 94158


HireReady
353 King Street, Apt 722
San Francisco, CA 94158


HomeAdvisor
14023 Denver West Parkway
Suite 200
Golden, CO 80401


Hopkins & Carley
PO Box 1469
San jose, CA 95109-1469

Hui Lei
401 NE 71st St Apt 401
Seattle, WA 98115


Informs
3860 Eagle Drive
Anaheim, CA 92807


InsidersReferral.com
PO Box 732272
Dallas, TX 75373-2272


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


J.C. Iglesisa
c/o Shannon Liss-Riordan
Licten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116


J.C. Iglesisa
Matthew Carlson
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111


Jason Ng
801 S Lucerne Blvd
Apt 304
Los Angeles, CA 90005


Jeffrey Hope
4622 meadows edge
Houston, TX 77084

Jennifer Roshaven
16961 SW 92 CT
Miami, FL 33157


Jillian Sheehan
5537 WA St.
Downers Grove, IL 60516


Johnetta Frazier
3854 Conshohocken Avenue
Philadelphia, PA 19131


Katrina Hartog
42 Wiow Pl.
Apt. 3
Brooklyn, NY 11201


LawRoom
LawRoom
1255 Treat Blvd
Walnut Creek, CA 94597


LBD Investments
655 University Ave., Ste 225
Sacramento, CA 95825


Leilani Harris
7344 E Rochelle Cir
Mesa, AZ 85207


Lichten & Liss-Riordan, P.C., Attn: Adel
729 Boylston Street, Suite 2000
Boston, MA 02116

LinkedIn
62228 Collections Center Drive
Chicago, IL 60693-0622


Little Vietnam Cafe
309 6th Avenue
San Francisco, CA 94118


LivBlends
Matthew Udomphol
355 Berry Street
San Francisco, CA 94158


LUGGAGE AMERICA INC
P.O. Box 1036
Charlotte, NC 28201


Madeline Langstroth
328 West 17th Street
Apt 4E
NY, NY 10011


Mandy Millette
12319 SW 12th Street
Hollywood, FL 33025


Manny & Friends, LLC
700 N Green Street, Suite 500
Chicago, IL 60642


Method
PO Box 78764
Milwaukee, WI 53278

Michael Sapienza
14 Isabella Street
Apt G
Boston, MA 02116


Mike Deely Investigations
PO Box 1233
Danville, CA 94526


Monroe Personnel Service, L.L.C.
220 Montgomery Street, Suite 1006
San Francisco, CA 94104


Moss Adams LLP
PO Box 748369
Los Angeles, CA 90074-8369


Munchery, Inc.
375 Alabama St.
San Francisco, CA 94110


Nancy Parenteua
1195 Alicante Drive
Pacifica, CA 94044


Network After Work
211 W Wacker Dr.
3rd Floor
Chicago, IL 60606


New York State Dept. of Taxation
NYC Metro Audit Group
345 Adams Street - Sales Tax Unit
5th Floor
Brooklyn, NY 11201-3719

Newmark Cornish & Carey
Attn: Accounting Dept
PO Box 58159
Santa Clara, CA 95052-8159


Nicholas Reyna
c/o Lesley E. Weaver
Block & Leviton LLP
520 Third Street, Suite 108
Oakland, CA 94607


Nicholas Reyna
c/o Lori E. Andrus
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104


Nick Glover
15738 Porchlight Ln
Eden Prairie, MN 55347


Noteleaf, Inc.
260 Sheridan Ave.
Suite 310
Palo Alto, CA 94306


OH MY GREEN, INC.
2627 Hanover
Palo Alto, CA 94304


OnboardIQ, Inc
151 Calderon Avenue #64
Mountain View, CA 94041


Oracle
P.O. Box 44471
San Francisco, CA 94144-4471

Paul Hastings LLP
1117 S. California Avenue
Palo Alto, CA 94304


Plivo Inc.
340 Pine St #503
San Francisco, CA 94104


Premier Staffing
PO Box 398237
San Francisco, CA 94139


Queen Investment Company
631 Strander Blvd.
Suite G
Tukwila, WA 98188


Rachel Ruvalcaba
40 W. Madill St.
Antioch, CA 94509


Radpoint Omega Associates LLC
3006 San Hill Road
Building 2 Suite 290
Menlo Park, CA 94025


Randstad
PO Box 894217
Los Angeles, CA 90189


Rapport
622 Third Avenue, 2nd Floor
New York, NY 10017

Recommind
650 California Street
San Francisco, CA 94108


RED TRICYCLE
150 Gate 5 Road
Ste 203
Sausalito, CA 94965


Redpoint Ventures
3000 Sand Hill Road Building 2
Suite 290
Menlo Park, CA 94025


Riley Life Logistics
3006 Industrial Dr
Ste 120
Raleigh, NC 27609


Rockerbox
230 East 2nd Street
Apt 2c
NY, NY 10009


Rowena Lei Hui Lei
401 NE 71st Street, #401
Seattle, WA 98115


SABA, Inc. -1
4423 Fortran Court
Suite 134
San Jose, CA 95134


Sac Rent - LBD
655 University Avenue
Suite 225
Sacramento, CA 95825-6747

Sade Smith
358 Lincoln Rd Apt. 4R
Brooklyn, NY 11225


Schnader Attorneys At Law
650 California St
San Francisco, CA 94108


Seamless North America, LLC
Seamless North America, LLC
P.O. Box 5439
NY, NY 10087-5439


Sendgrid
1401 Walnut Street
Suite 500
Boulder, CO 80302


Shashidhar Muppidi
11811 Ramsdell Ct
San Diego, CA 92131


Sincerely
PO Box 261229
San Diego, CA 92196-1229


Smart Resources, Inc
33 N. LaSalle St
Suite 950
Chicago, IL 60602


Smartling
1375 Broadway
New York, NY 10018

SOCALMOMS
3940 Laurel Cyn Blvd
#158
Studio City, CA 91604


Square
1455 Market Street
San Francisco, CA 94103


Stacy Bryan
619 W. Crestland Dr.
Austin, TX 78752


Stan Kong Consulting LLC
1610 Eucalyptus Drive
San Francisco, CA 94132


Staples
PO Box 83689
Chicago, IL 60696-3689


State of New York Department of Labor
Building 12 Room 256
Albany, NY 12240


Stephanie Nissan
12641 Hesby St.
Valley Village, CA 91607


Suk Han Chung
435 E 86th St; APT 2C
NY, NY 10028

Supplyworks
PO Box 742056
Los Angeles, CA 90074-2056


TALKDESK, INC.
535 Mission St.
San Francisco, CA 94105


TaskUs-1
3233 Donald Douglas Loop S
Santa Monica, CA 90405


The CIT Group
Attn Christine Dery AVP
11 West 42nd Street
New York, NY 10036


The FruitGuys
490 Eccles Ave
South San Francisco, CA 94080


The Growing Place at Ocean Park
401 Ashland Ave
Santa Monica, CA 90405


THE MELT CATERING
58 Tehama St.
San Francisco, CA 94105


Tonic Beverage Catering
2961 Mission Street
San Francisco, CA 94110

TrustPilot
245 Fifth Avenue, 4th floor
New York, NY 10016


twilio-1
Twilio, Inc.
Dept LA 23938
Pasadena, CA 91185-3938


Tyrone Powell Leffall II
13114 Woodtrek Lane
Houston, TX 77015


Uber Technologies
706 Mission St., 9th Floor
San Francisco, CA 94103


Unisource WorldWide, INC
Unisource-Pleasanton
File 57006
Los Angeles, CA 90074


Urban Airship
1417 NW Everett Street
Suite 300
Portland, OR 97209


UrbanDaddy
11 Broadway
NY, NY 01004


Vilma Zenelaj and Greta Zenelaj
c/o Laura L. Ho
Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612

Vilma Zenelaj and Greta Zenelaj
c/o David Browne
Browne Labor Law
475 Washington Blvd.
Marina Del Rey, CA 90292

WORKAROUND INC.
1 Birch Lane
1499 West River Road N
Minneapolis, MN 55411

Zee Cooks LLC
1760 Cesar Chavez
Unit L
San Francisco, CA 94124

ZENDESK, INC.
1019 Market Street
San Francisco, CA 94103

zerocater-1
115 Stillman Street
San Francisco, CA 94107

# RESOLUTIONS AUTHORIZING FILING OF CHAPTER 11 BANKRUPTCY CASE AND RELATED MATTERS

**NOW THEREFORE, BE IT RESOLVED**, that the Managing Member of Homejoy (assignment for the benefit of creditors) (the "**Company**"), after having considered the assets of the Company, the claims being asserted and expected to be asserted against the Company, the Company's fiduciary duties to its creditors and alternatives currently available to the Company, has determined that it is advisable and in the interests of the Company and its creditors to file a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code;

**RESOLVED FURTHER**, that Tim J. Cox (the "**TJC**") and anyone designated by TJC is hereby authorized to execute and cause to be filed a bankruptcy petition (and all related documents and papers) under Chapter 11 of the Bankruptcy Code to enable the Company to commence a Chapter 11 bankruptcy case;

**RESOLVED FURTHER**, that TJC shall serve as the "Responsible Individual" for the Company in the Company's Chapter 11 bankruptcy case as required by the Local Bankruptcy Rules for the Northern District of California;

**RESOLVED FURTHER**, that TJC is hereby authorized and directed, in the name of the Company, to employ the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy petition and representing the Company in its Chapter 11 bankruptcy case;

**RESOLVED FURTHER**, that TJC is hereby authorized to employ, in the name of the Company, any other professionals to represent or assist the Company in connection with the Company's Chapter 11 bankruptcy case that TJC deems to be in the best interests of the Company;

**RESOLVED FURTHER**, that TJC is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings and to take any and all action which TJC deems necessary and proper in connection with the Company's Chapter 11 bankruptcy case;

**RESOLVED FURTHER**, that the authority granted to TJC pursuant to the foregoing resolutions to cause the Company to take further actions in connection with the Company's Chapter 11 bankruptcy case shall include, but not be limited to, seeking Bankruptcy Court approval for the Company to use its cash collateral and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases;

1

commencing and defending litigation involving the Company; marketing the Company's assets for sale and consummating the sale of all or substantially all of the Company's assets for the most money possible; and formulating, filing and seeking to confirm a plan of reorganization.

Dated: December 15, 2015

_____

Michael A. Maidy, Manager