Fill in this information to identify the case:

Debtor name    **Homejoy (assignment for the benefit of creditors) LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **15-53931**

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     1 - 8 - 1 ᾱ          X _____
                                      Signature of individual signing on behalf of debtor

                                      **Tim J. Cox**
                                      Printed name

                                      **Responsible Individual**
                                      Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 1 of 74

RON BENDER (SBN 143364)
J.P. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYB.COM; JPF@LNBYB.COM

Proposed Attorneys for Chapter 11
Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re: | ) Case No. 15−53931 MEH 11 |
| | ) |
| HOMEJOY (Assignment for the Benefit of Creditors), LLC, a California limited liability company, | ) Chapter 11 Case<br>)<br>) **Disclaimer and Disclosure Regarding Debtor's Bankruptcy Schedules and Statement of Financial Affairs** |
| Debtor and Debtor in Possession. | )<br>) |
| | ) |
| | ) |

Homejoy, Inc., in its capacity as Assignor, and as part of the General Assignment entered into to effectuate the assignment for the benefit of creditors ("ABC"), assigned and transferred title to all of its assets to Homejoy (assignment for the benefit of creditors), LLC, in its capacity as Assignee, now the Chapter 11 Debtor. In connection with the General Assignment, the Assignee did not assume any of the Assignor's debts. Rather, under California law, creditors of the Assignor are entitled to assert claims against the Assignee. It is in that capacity that the Chapter 11 Debtor has prepared its bankruptcy schedules. As a result, to the extent that the Chapter 11 Debtor has scheduled any claim as an allowed claim, it is doing so in accordance with all of the foregoing.

Debtor name **Homejoy (assignment for the benefit of creditors) LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **15-53931**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

---

**Part 1:** **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................... $     **1,709,900.36**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................. $     **1,709,900.36**

---

**Part 2:** **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $     **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................... $     **384,820.82**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................................... +$     **5,072,701.09**

4. **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b     $     **5,457,521.91**

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 3 of 74

Debtor name **Homejoy (assignment for the benefit of creditors) LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **15-53931**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:          Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1.. | **Checking**<br>**Last 4 digits of Acc# : 4592**<br>**Comerica Bank Account** | Checking | 4592 | $1,708,886.75 |
| 3.2.. | **Checking**<br>**Last 4 digits of Acc# : 3526**<br>**SVB Account** | Checking | 3526 | $1,013.61 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**          $1,709,900.36

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:          Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.. | **San Francisco Office Deposit**<br>**Landlord: Recommind, Inc.**<br>**Lease termination date: 1/7/17**<br>**Deposit: $288,552.00**<br>**Space vacated: 9/3/15**<br>**Rent was not paid for July or August 2015** | *Unknown* |
|---|---|---|

Debtor **Homejoy (assignment for the benefit of creditors) LLC**          Case number *(If known)* **15-53931**
Name

**Base rent: $48,161.33**

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**          | **$0.00** |
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |
| 15.1.. | **100% of stock in Homejoy UK** | 0.00 % | $0.00 |
| 15.2.. | **100% of stock in Homejoy France** | 0.00 % | $0.00 |
| 15.3.. | **100% of stock in Homejoy Germany** | 0.00 % | $0.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |

17. **Total of Part 4.**          | **$0.00** |
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property**<br>Homejoy source code | **$0.00** | | **Unknown** |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.                                          **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 7 of 74

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,709,900.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,709,900.36 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,709,900.36 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 8 of 74

Fill in this information to identify the case:

Debtor name **Homejoy (assignment for the benefit of creditors) LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **15-53931**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 9 of 74

Debtor name **Homejoy (assignment for the benefit of creditors) LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **15-53931**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address

**Employment Development Dept.**
**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$0.00**   $ 0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

**2.2**

Priority creditor's name and mailing address

**Franchise Tax Board**
**Bankruptcy Section, MS: A-340**
**P.O. Box 2952**
**Sacramento, CA 95812**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$0.00**   $ 0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 10 of 74

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

---

**2.3**

Priority creditor's name and mailing address
**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00  $ 0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

---

**2.4**

Priority creditor's name and mailing address
**New York State Dept. of Taxation**
NYC Metro Audit Group
345 Adams Street - Sales Tax Unit
5th Floor
Brooklyn, NY 11201-3719

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$384,820.82  $ 384,820.82

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

---

**2.5**

Priority creditor's name and mailing address
**State of New York Department of Labor**
Building 12 Room 256
Albany, NY 12240

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00  $ 0.00

Date or dates debt was incurred

Basis for the claim:

---

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 11 of 74

| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| --- | --- |
| | ■ No |
| | ☐ Yes |

**Specify Code subsection of PRIORITY unsecured claim:**

11 U.S.C. § 507(a) (8)

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$37,040.00** |
| --- | --- | --- | --- |

**10K ADVERTISING, INC**
**473 1/4 S. FAIRFAX AVE**
**Los Angeles, CA 90036**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
| --- | --- | --- | --- |

**1605-25W-0L4 LLC**
**1605 W Olympic Blvd #1003**
**Los Angeles, CA 90015**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$104,241.10** |
| --- | --- | --- | --- |

**A162 Seed III LLC**
**2865 Sand Hill Road**
**Menlo Park, CA 94025**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

Case: 15-53931     Doc# 28     Filed: 01/08/16     Entered: 01/08/16 17:25:26     Page 12 of 74

---

**3.4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $420.00 |
| **Ace Parking** | *Check all that apply.* |
| **PO Box 917** | ☐ Contingent |
| **Turlock, CA 95381** | ☐ Unliquidated |
| | ■ Disputed |
| | **Basis for the claim:** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $2,264.30 |
| **ADP, Inc.** | *Check all that apply.* |
| **PO Box 31001-1874** | ☐ Contingent |
| **Pasadena, CA 91110-1874** | ☐ Unliquidated |
| | ■ Disputed |
| | **Basis for the claim:** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $906.79 |
| **Aerotek** | *Check all that apply.* |
| **3689 Collection Ctr. Dr.** | ☐ Contingent |
| **Chicago, IL 60693** | ☐ Unliquidated |
| | ■ Disputed |
| | **Basis for the claim:** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $5,301.14 |
| **AMAZON MEDIA GROUP LLC** | *Check all that apply.* |
| **PO Box 24651** | ☐ Contingent |
| **Seattle, WA 98124** | ☐ Unliquidated |
| | ■ Disputed |
| | **Basis for the claim:** |

---

Case: 15-53931   Doc# 28   Filed: 01/08/16   Entered: 01/08/16 17:25:26   Page 13 of 74

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,125.00** |

**Andersen Tax**
**Box 200988**
**Pittsburgh, PA 15251-0988**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent

☐ Unliquidated

■ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |

**Angele Selden**
**514 Oak Creek Dr.**
**Brandon, FL 33511**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent

☐ Unliquidated

■ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

**Annette Malveaux-Smith**
**c/o Brian R. Strange**
**Strange & Butler**
**12100 Wilshire Blvd, #1900**
**Los Angeles, CA 90025**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 14 of 74

**Annette Malveaux-Smith**
**c/o William F. Small III**
**Small & Schena LLP**
**1350 Columbia St., Ste. 700**
**San Diego, CA 92101**

Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1<br>2 | **Nonpriority creditor's name and mailing address**<br>**Apple Inc.**<br>**P.O. Box 846095**<br>**Dallas, TX 94104** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $5,239.53 |

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1<br>3 | **Nonpriority creditor's name and mailing address**<br>**Aramark**<br>**22512 Network Place**<br>**Chicago, IL 60673-1226** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $10,303.20 |

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1<br>4 | **Nonpriority creditor's name and mailing address**<br>**Ashley Posey**<br>**2558 14th Ave W**<br>**Unit A**<br>**Seattle, WA 98119** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $375.00 |

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$794.49** |
|---|---|---|---|

**AT&T**
**208 S. Akard St.**
**Dallas, TX 75202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,490.71** |
|---|---|---|---|

**Baker & McKenzie**
**Two Embarcadero Center**
**11th Floor**
**San Francisco, CA 94111-3802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,675.00** |
|---|---|---|---|

**Barbary Coast Living**
**PO Box 640832**
**San Francisco, CA 94164**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 16 of 74

**Bridgette Freeman**
**438 Silverton Drive**
**GA 30282**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 9 | | |

**Nonpriority creditor's name and mailing address**
**Business With Pleasure**
**1 Victor Square**
**Scotts Valley, CA 95066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$8,156.41**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.2 0 | | |

**Nonpriority creditor's name and mailing address**
**Buyer's Best Friend**
**38 Lyon Street**
**San Francisco, CA 94117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$8,098.00**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.2 1 | | |

**Nonpriority creditor's name and mailing address**
**Canteen refreshment services**
**Divison of Compass Group**
**File 50196**
**Los Angeles, CA 90074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$493.94**

**Basis for the claim:**

---

| | |
|---|---|
| Date or dates debt was incurred | |
| Last 4 digits of account number | |

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.2 2**

Nonpriority creditor's name and mailing address
**Carol Kuhn**
**3747 N Pittsburgh Ave;**
**Chicago, IL 60634**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**$2,000.00**

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred | |
| Last 4 digits of account number | |

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.2 3**

Nonpriority creditor's name and mailing address
**Celerity Consulting Group**
**2 Gough Street**
**Suite 300**
**San Francisco, CA 94103**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**$50,014.36**

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred | |
| Last 4 digits of account number | |

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.2 4**

Nonpriority creditor's name and mailing address
**CheckR**
**440 N Wolfe Rd.**
**Ste 2224**
**Sunnyvale, CA 94085**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**$35,581.28**

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred | |
| Last 4 digits of account number | |

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.2 5**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

**$2,150.00**

**Club MomMe**
**5350 Playa Vista Drive**
**#23**
**Playa Vista, CA 90094**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.2 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,088.50 |
|---|---|---|---|

**Cobaltix**
**1095 Folsom Street**
**San Francisco, CA 94103**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.2 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,338.50 |
|---|---|---|---|

**Cogent**
**PO Box 791087**
**Baltimore, MD 21279-1087**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.2 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Compass Group USA**
**2400 Yorkmont Rd**
**Charlotte, NC 28217**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

---

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$755.00** |
|---|---|---|---|
| | **Connie Sehat** | *Check all that apply.* | |
| | **798 Piedmont Avenue Northeast** | ☐ Contingent | |
| | **Apt. A** | ☐ Unliquidated | |
| | **Atlanta, GA 30308** | ■ Disputed | |
| | | **Basis for the claim:** | |

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,500.00** |
|---|---|---|---|
| | **Conversocial Inc.** | *Check all that apply.* | |
| | **PO Box 845988** | ☐ Contingent | |
| | **Boston, MA 00084-5988** | ☐ Unliquidated | |
| | | ■ Disputed | |
| | | **Basis for the claim:** | |

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$250,531.72** |
|---|---|---|---|
| | **Cooley** | *Check all that apply.* | |
| | **101 CA St** | ☐ Contingent | |
| | **5th Fl** | ☐ Unliquidated | |
| | **San Francisco, CA 94111** | ■ Disputed | |
| | | **Basis for the claim:** | |

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,400.00** |
|---|---|---|---|

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 20 of 74

**Curacao Business Center - LA Rent**
**1605 W. Olympic Blvd.**
**Suite 1003**
**Los Angeles, CA 90013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.3 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Dagah Benyisrayl**
**3210 13th St SE. Apt. 10**
**Washington, DC 20032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.3 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,500.00 |
|---|---|---|---|

**DBA Media, LLC**
**133 West 19th Street, 4th Floor**
**NY, NY 10011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.3 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,500.00 |
|---|---|---|---|

**Deezer INC**
**527 Howard St**
**San Francisco, CA 94105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.3 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Department of Labor and Industries**
**PO Box 34974**
**Seattle, WA 98127-1974**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$184.28**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.3 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Desnoyers**
**PO BOX 26242**
**Winston Salem, NC 27114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$0.00**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.3 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Devorah Kreiman**
**180 South Highland Ave.**
**Los Angeles, CA 90036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$0.00**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.3 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

**Unknown**

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 22 of 74

**Diana Ventura**
**c/o Laura L. Ho**
**Goldstein, Borgen, Dardarian & Ho**
**300 Lakeside Drive, Suite 1000**
**Oakland, CA 94612**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**   **Unknown**

**Diana Ventura**
**c/o David Browne**
**Browne Labor Law**
**475 Washington Blvd.**
**Marina Del Rey, CA 90292**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**   **$0.00**

**Donna Thompson**
**10406 66th Venue South**
**Seattle, WA 98178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**   **$3,560.00**

**Dorsey & Whitney LLP**
**P.O. Box 1680**
**Minneapolis, MN 55480**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

| | | |
|---|---|---|
| Date or dates debt was incurred | | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.4<br>3 | Nonpriority creditor's name and mailing address<br>**E4 TECHNOLOGIES, INC.**<br>**PO Box 648175**<br>**Vero Beach, FL 32964** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** | **$1,308.10** |
|---|---|---|---|

| | | |
|---|---|---|
| Date or dates debt was incurred | | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.4<br>4 | Nonpriority creditor's name and mailing address<br>**Edina Becirovich**<br>**503 Brooks Ave**<br>**San Jose, CA 95125** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** | **$0.00** |
|---|---|---|---|

| | | |
|---|---|---|
| Date or dates debt was incurred | | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.4<br>5 | Nonpriority creditor's name and mailing address<br>**Emily Henderson Design, LLC**<br>**1110 Oberlin Drive**<br>**Los Angeles, CA 91205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** | **$12,500.00** |
|---|---|---|---|

| | | |
|---|---|---|
| Date or dates debt was incurred | | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.4<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$80.00** |
|---|---|---|---|

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 24 of 74

**Erin Meisel**
**1431 Ocean Avenue**
**1604**
**Santa Monica, CA 90401**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.4 7 |
|---|

**Nonpriority creditor's name and mailing address**
**Facebook**
**Attn: Accounts Receivable**
**15161 Collections Center Drive**
**Chicago, IL 60693**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**$12,105.13**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.4 8 |
|---|

**Nonpriority creditor's name and mailing address**
**Fed Ex TechConnect Inc.**
**As assignee of federal Express corp**
**Attn: Revenue Recovery/ Bankruptcy**
**3965 Airways Blvd Module G 3rd Floor**
**Memphis, TN 38116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**$0.00**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.4 9 |
|---|

**Nonpriority creditor's name and mailing address**
**Fullmoonfire**
**1261 Albion Lane**
**Sunnyvale, CA 94087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**$3,075.00**

Basis for the claim:

---

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**GE Capital Information Technology Soluti**
PO Box 13708
Macon, GA 31210

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,613.64 |

**Geary LSF Group**
332 Pine Street
Suite 600
San Francisco, CA 94104

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,450.00 |

**Gillian Horton**
604 Melrose St
Alexandria, VA 22302

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $307,281.70 |

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 26 of 74

**Goodwin Procter LLP**
**135 Commonwealth Drive**
**Menlo Park, CA 94025-1105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.5 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Google Ventures**
**1600 Amphitheatere Parkway**
**Mountain View, CA 94043**

As of the petition filing date, the claim is: **$1,558,800.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.5 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Greyhound Capital Management LLC**
**Attn: Pogos Saiadian**
**70 Duke Street**
**London W1K 6JX United Kingdom W1K 6JX**

As of the petition filing date, the claim is: **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.5 6 |
|---|

**Nonpriority creditor's name and mailing address**
**GrubHub Holdings Inc.**
**1065 Avenue of the Americas**
**15th Floor**
**New York, NY 10018**

As of the petition filing date, the claim is: **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

---

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 27 of 74

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.5 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Gualdini Tay**
**12 Doughernty Blvd A3**
**Glen Mills, PA 19342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.5 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,375.00** |
|---|---|---|---|

**Gurock**
**Heinrich-Roller-Str. 16b**
**Berlin, Germany 10405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.5 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Hector Negron**
**PO Box 192099**
**Boston, MA 02119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.6 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 28 of 74

**Heidi Cangiamilla**
3939 Via Cristobal
Campbell, CA 95008

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.6 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**HireReady**
353 King Street
Apt 722
San Francisco, CA 94158

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$18,800.00

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.6 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**HomeAdvisor**
14023 Denver West Parkway
Suite 200
Golden, CO 80401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$15,001.29

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.6 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Hopkins & Carley**
PO Box 1469
San jose, CA 95109-1469

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$4,169.94

**Basis for the claim:**

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 29 of 74

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.6 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$780.00** |
|---|---|---|---|

**Hui Lei**
**401 NE 71st St Apt 401**
**Seattle, WA 98115**

_Check all that apply._

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.6 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$22,998.83** |
|---|---|---|---|

**Informs**
**3860 Eagle Drive**
**Anaheim, CA 92807**

_Check all that apply._

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.6 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,430.71** |
|---|---|---|---|

**InsidersReferral.com**
**PO Box 732272**
**Dallas, TX 75373-2272**

_Check all that apply._

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.6 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

**J.C. Iglesias**
**c/o Shannon Liss-Riordan**
**Licten & Liss-Riordan, P.C.**
**729 Boylston Street, Suite 2000**
**Boston, MA 02116**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**J.C. Iglesias**
**Matthew Carlson**
**Carlson Legal Services**
**100 Pine Street, Suite 1250**
**San Francisco, CA 94111**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$24.38** |

**Jason Ng**
**801 S Lucerne Blvd**
**Apt 304**
**Los Angeles, CA 90005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.7 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$780.00** |

**Jeffrey Hope**
**4622 meadows edge**
**Houston, TX 77084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.7 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Jennifer Roshaven**
**16961 SW 92 CT**
**Miami, FL 33157**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.7 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Jillian Sheehan**
**5537 WA St.**
**Downers Grove, IL 60516**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.7 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$102.00** |

**Johnetta Frazier**
**3854 Conshohocken Avenue**
**Philadelphia, PA 19131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.7 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20.00** |

**Katrina Hartog**
**42 Wiow Pl.**
**Apt. 3**
**Brooklyn, NY 11201**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.7 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,686.00 |
|---|---|---|---|

**LawRoom**
**LawRoom**
**1255 Treat Blvd**
**Walnut Creek, CA 94597**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.7 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**LBD Investments**
**655 University Ave., Ste 225**
**Sacramento, CA 95825**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.7 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Leilani Harris**
**7344 E Rochelle Cir**
**Mesa, AZ 85207**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

---

Date or dates debt was incurred

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
| | **Lichten & Liss-Riordan, P.C., Attn: Adel**<br>**729 Boylston Street, Suite 2000**<br>**Boston, MA 02116** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,000.00 |
| | **LinkedIn**<br>**62228 Collections Center Drive**<br>**Chicago, IL 60693-0622** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $777.55 |
| | **Little Vietnam Cafe**<br>**309 6th Avenue**<br>**San Francisco, CA 94118** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,078.12 |

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 34 of 74

**LivBlends**
**Matthew Udomphol**
**355 Berry Street**
**San Francisco, CA 94158**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.8 2 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**LUGGAGE AMERICA INC**
**P.O. Box 1036**
**Charlotte, NC 28201**

As of the petition filing date, the claim is: **$1,556.10**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.8 3 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Madeline Langstroth**
**328 West 17th Street**
**Apt 4E**
**NY, NY 10011**

As of the petition filing date, the claim is: **$140.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.8 4 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Mandy Millette**
**12319 SW 12th Street**
**Hollywood, FL 33025**

As of the petition filing date, the claim is: **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

---

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 35 of 74

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

3.8
5

**Nonpriority creditor's name and mailing address**
**Manny & Friends, LLC**
**700 N Green Street, Suite 500**
**Chicago, IL 60642**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

**$1,500.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

3.8
6

**Nonpriority creditor's name and mailing address**
**Method**
**PO Box 78764**
**Milwaukee, WI 53278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

**$3,511.29**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

3.8
7

**Nonpriority creditor's name and mailing address**
**Michael Sapienza**
**14 Isabella Street**
**Apt G**
**Boston, MA 02116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

**$25.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

3.8
8

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

**$1,215.00**

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 36 of 74

**Mike Deely Investigations**
PO Box 1233
Danville, CA 94526

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.8 9 | **Nonpriority creditor's name and mailing address**<br>**Monroe Personnel Service, L.L.C.**<br>**220 Montgomery Street, Suite 1006**<br>**San Francisco, CA 94104** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $47,934.70 |
| --- | --- | --- | --- |

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.9 0 | **Nonpriority creditor's name and mailing address**<br>**Moss Adams LLP**<br>**PO Box 748369**<br>**Los Angeles, CA 90074-8369** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $29,354.21 |
| --- | --- | --- | --- |

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.9 1 | **Nonpriority creditor's name and mailing address**<br>**Munchery, Inc.**<br>**375 Alabama St.**<br>**San Francisco, CA 94110** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $11,557.94 |
| --- | --- | --- | --- |

**Basis for the claim:**

Case: 15-53931  Doc# 28  Filed: 01/08/16  Entered: 01/08/16 17:25:26  Page 37 of 74

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.9 2 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Nancy Parenteua**
**1195 Alicante Drive**
**Pacifica, CA 94044**

As of the petition filing date, the claim is:  **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.9 3 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Network After Work**
**211 W Wacker Dr.**
**3rd Floor**
**Chicago, IL 60606**

As of the petition filing date, the claim is:  **$2,000.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.9 4 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Network Afterwork**
**111 W Illoinis Street**
**Chicago, IL 60654**

As of the petition filing date, the claim is:  **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **For Notice Purpose Only**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.9 5 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Newmark Cornish & Carey**
**Attn: Accounting Dept**
**PO Box 58159**
**Santa Clara, CA 95052-8159**

As of the petition filing date, the claim is:  **$32,655.63**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

---

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number

---

| 3.9 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**Nicholas Reyna**
**c/o Lesley E. Weaver**
**Block & Leviton LLP**
**520 Third Street, Suite 108**
**Oakland, CA 94607**

Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number

---

| 3.9 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**Nicholas Reyna**
**c/o Lori E. Andrus**
**Andrus Anderson LLP**
**155 Montgomery Street, Suite 900**
**San Francisco, CA 94104**

Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number

---

| 3.9 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$128.72** |

**Nick Glover**
**15738 Porchlight Ln**
**Eden Prairie, MN 55347**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number

---

| 3.9 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$30,000.00** |

**Noteleaf, Inc.**
**260 Sheridan Ave.**
**Suite 310**
**Palo Alto, CA 94306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1 00 | **Nonpriority creditor's name and mailing address** **OH MY GREEN, INC.** **2627 Hanover** **Palo Alto, CA 94304** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | **$10,439.00** |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1 01 | **Nonpriority creditor's name and mailing address** **OnboardIQ, Inc** **151 Calderon Avenue #64** **Mountain View, CA 94041** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | **$1,999.00** |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1 02 | **Nonpriority creditor's name and mailing address** **Oracle** **P.O. Box 44471** **San Francisco, CA 94144-4471** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | **$6,850.00** |

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 03 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Hastings LLP**
**1117 S. California Avenue**
**Palo Alto, CA 94304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

**$493,468.78**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 04 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter Lai**
**250 King St. #864**
**San Francisco, CA 94107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

**$20,808.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 05 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Plivo Inc.**
**340 Pine St #503**
**San Francisco, CA 94104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

**$169.23**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 06 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

**$17,092.57**

---

**Premier Staffing**
PO Box 398237
San Francisco, CA 94139

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,297.40** |

**Queen Investment Company**
631 Strander Blvd.
Suite G
Tukwila, WA 98188

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1 08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |

**Rachel Ruvalcaba**
40 W. Madill St.
Antioch, CA 94509

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1 09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |

**Radpoint Omega Associates LLC**
3006 San Hill Road
Building 2 Suite 290
Menlo Park, CA 94025

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,907.31** |
|---|---|---|---|

**Randstad**
**PO Box 894217**
**Los Angeles, CA 90189**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

■ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$26,282.53** |
|---|---|---|---|

**Rapport**
**622 Third Avenue, 2nd Floor**
**New York, NY 10017**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

■ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$51,337.67** |
|---|---|---|---|

**Recommind**
**650 California Street**
**San Francisco, CA 94108**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

■ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,812.50** |
|---|---|---|---|

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 43 of 74

**RED TRICYCLE**
150 Gate 5 Road
Ste 203
Sausalito, CA 94965

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.1 14 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Redpoint Ventures**
3000 Sand Hill Road Building 2
Suite 290
Menlo Park, CA 94025

**As of the petition filing date, the claim is:** $1,091,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.1 15 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Riley Life Logistics**
3006 Industrial Dr
Ste 120
Raleigh, NC 27609

**As of the petition filing date, the claim is:** $9,524.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.1 16 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Rockerbox**
230 East 2nd Street
Apt 2c
NY, NY 10009

**As of the petition filing date, the claim is:** $10,560.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 17 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Rowena Lei Hui Lei**
**401 NE 71st Street, #401**
**Seattle, WA 98115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 18 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**SABA, Inc. -1**
**4423 Fortran Court**
**Suite 134**
**San Jose, CA 95134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

**$1,000.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 19 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Sac Rent - LBD**
**655 University Avenue**
**Suite 225**
**Sacramento, CA 95825-6747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

**$44,029.80**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 20 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

**$0.00**

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 45 of 74

**Sade Smith**
**358 Lincoln Rd Apt. 4R**
**Brooklyn, NY 11225**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number

---

| 3.1 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Schnader Attorneys At Law**
**650 California St**
**San Francisco, CA 94108**

As of the petition filing date, the claim is: **$2,685.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number

---

| 3.1 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Seamless North America, LLC**
**Seamless North America, LLC**
**P.O. Box 5439**
**NY, NY 10087-5439**

As of the petition filing date, the claim is: **$16,818.84**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number

---

| 3.1 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sendgrid**
**1401 Walnut Street**
**Suite 500**
**Boulder, CO 80302**

As of the petition filing date, the claim is: **$339.96**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Basis for the claim:**

---

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

3.1
24

**Nonpriority creditor's name and mailing address**
**Shashidhar Muppidi**
**11811 Ramsdell Ct**
**San Diego, CA 92131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

**$95.00**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

3.1
25

**Nonpriority creditor's name and mailing address**
**Sincerely**
**PO Box 261229**
**San Diego, CA 92196-1229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

**$918.00**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

3.1
26

**Nonpriority creditor's name and mailing address**
**Smart Resources, Inc**
**33 N. LaSalle St**
**Suite 950**
**Chicago, IL 60602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

**$6,914.49**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

3.1
27

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

**$3,750.00**

Case: 15-53931　　Doc# 28　　Filed: 01/08/16　　Entered: 01/08/16 17:25:26　　Page 47 of 74

**Smartling**
1375 Broadway
New York, NY 10018

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number

☐ Yes

---

| 3.1 28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,300.00** |

**SOCALMOMS**
3940 Laurel Cyn Blvd
#158
Studio City, CA 91604

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number

☐ Yes

---

| 3.1 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$32,091.20** |

**Square**
1455 Market Street
San Francisco, CA 94103

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number

☐ Yes

---

| 3.1 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Stacy Bryan**
619 W. Crestland Dr.
Austin, TX 78752

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

**3.1 31**

**Nonpriority creditor's name and mailing address**
**Stan Kong Consulting LLC**
**1610 Eucalyptus Drive**
**San Francisco, CA 94132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

$6,770.12

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

**3.1 32**

**Nonpriority creditor's name and mailing address**
**Staples**
**PO Box 83689**
**Chicago, IL 60696-3689**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

$108,290.94

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

**3.1 33**

**Nonpriority creditor's name and mailing address**
**Stephanie Nissan**
**12641 Hesby St.**
**Valley Village, CA 91607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

$1,390.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

**3.1 34**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$1,417.00

Case: 15-53931     Doc# 28     Filed: 01/08/16     Entered: 01/08/16 17:25:26     Page 49 of 74

**Suk Han Chung**
**435 E 86th St; APT 2C**
**NY, NY 10028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $529.76 |
|---|---|---|---|

**Supplyworks**
**PO Box 742056**
**Los Angeles, CA 90074-2056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12,187.32 |
|---|---|---|---|

**TALKDESK, INC.**
**535 Mission St.**
**San Francisco, CA 94105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $151,182.25 |
|---|---|---|---|

**TaskUs-1**
**3233 Donald Douglas Loop S**
**Santa Monica, CA 90405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

---

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.1 38**

**Nonpriority creditor's name and mailing address**

**The CIT Group**
**Attn Christine Dery AVP**
**11 West 42nd Street**
**New York, NY 10036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

$0.00

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.1 39**

**Nonpriority creditor's name and mailing address**

**The FruitGuys**
**490 Eccles Ave**
**South San Francisco, CA 94080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

$1,460.00

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.1 40**

**Nonpriority creditor's name and mailing address**

**The Growing Place at Ocean Park**
**401 Ashland Ave**
**Santa Monica, CA 90405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

$1,000.00

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.1 41**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$838.49

**THE MELT CATERING**
58 Tehama St.
San Francisco, CA 94105

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,070.00 |
|---|---|---|---|

**Tonic Beverage Catering**
2961 Mission Street
San Francisco, CA 94110

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,040.00 |
|---|---|---|---|

**TrustPilot**
245 Fifth Avenue, 4th floor
New York, NY 10016

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $69,219.86 |
|---|---|---|---|

**twilio-1**
Twilio, Inc.
Dept LA 23938
Pasadena, CA 91185-3938

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☐ No
☐ Yes

---

<table>
<tr><td>3.1<br>45</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Tyrone Powell Leffall II</b><br><b>13114 Woodtrek Lane</b><br><b>Houston, TX 77015</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b></td><td><b>$0.00</b></td></tr>
</table>

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☐ No
☐ Yes

---

<table>
<tr><td>3.1<br>46</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Uber Technologies</b><br><b>706 Mission St., 9th Floor</b><br><b>San Francisco, CA 94103</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b></td><td><b>$14,480.00</b></td></tr>
</table>

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☐ No
☐ Yes

---

<table>
<tr><td>3.1<br>47</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Unisource WorldWide, INC</b><br><b>Unisource-Pleasanton</b><br><b>File 57006</b><br><b>Los Angeles, CA 90074</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b></td><td><b>$3,019.00</b></td></tr>
</table>

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☐ No
☐ Yes

---

<table>
<tr><td>3.1<br>48</td><td><b>Nonpriority creditor's name and mailing address</b></td><td><b>As of the petition filing date, the claim is:</b></td><td><b>$2,524.50</b></td></tr>
</table>

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 53 of 74

**Urban Airship**
**1417 NW Everett Street**
**Suite 300**
**Portland, OR 97209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,500.00** |
| --- | --- | --- | --- |

**UrbanDaddy**
**11 Broadway**
**NY, NY 01004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
| --- | --- | --- | --- |

**Veneziano Legal**
**51 Melcher St, Fl 1**
**Boston, MA 02210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
| --- | --- | --- | --- |

**Vilma Zenelaj and Greta Zenelaj**
**c/o Laura L. Ho**
**Goldstein, Borgen, Dardarian & Ho**
**300 Lakeside Drive, Suite 1000**
**Oakland, CA 94612**

Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

---

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 54 of 74

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.1 52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
| --- | --- | --- | --- |
| | **Vilma Zenelaj and Greta Zenelaj** | *Check all that apply.* | |
| | **c/o David Browne** | ☐ Contingent | |
| | **Browne Labor Law** | ■ Unliquidated | |
| | **475 Washington Blvd.** | ■ Disputed | |
| | **Marina Del Rey, CA 90292** | | |

**Basis for the claim:**

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.1 53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$700.00** |
| --- | --- | --- | --- |
| | **WORKAROUND INC.** | *Check all that apply.* | |
| | **1 Birch Lane** | ☐ Contingent | |
| | **1499 West River Road N** | ☐ Unliquidated | |
| | **Minneapolis, MN 55411** | ■ Disputed | |

**Basis for the claim:**

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.1 54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,239.76** |
| --- | --- | --- | --- |
| | **Zee Cooks LLC** | *Check all that apply.* | |
| | **Zeynep Aynaci** | ☐ Contingent | |
| | **15 Park #405** | ☐ Unliquidated | |
| | **San Francisco, CA 94107** | ■ Disputed | |

**Basis for the claim:**

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.1 55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,479.52** |
| --- | --- | --- | --- |

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 55 of 74

**Zee Cooks LLC**
**1760 Cesar Chavez**
**Unit L**
**San Francisco, CA 94124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,684.00 |

**ZENDESK, INC.**
**1019 Market Street**
**San Francisco, CA 94103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,142.84 |

**zerocater-1**
**115 Stillman Street**
**San Francisco, CA 94107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. $ | 384,820.82 |

**5b. Total claims from Part 2**

5b. + $ **5,072,701.09**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c. $ **5,457,521.91**

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 57 of 74

Debtor name  **Homejoy (assignment for the benefit of creditors) LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **15-53931**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*         *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor name **Homejoy (assignment for the benefit of creditors) LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **15-53931**

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | City State Zip Code | | |
| 2.2 | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | City State Zip Code | | |
| 2.3 | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | City State Zip Code | | |
| 2.4 | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | City State Zip Code | | |

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2015** to **Filing Date** | ☐ Operating a business<br>■ Other   **Refunds** | **$9,960.33** |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2015** to **Filing Date** | ☐ Operating a business<br>■ Other   **Sale of Assets** | **$121,075.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   **Huntington Legal Solutions**<br>**17011 Beach Blvd, Ste 900**<br>**Huntington Beach, CA 92647** | 10/1/2015 -<br>12/11/15 | **$60,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other   **Legal Fees** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Katten Muchin Roseenman LLP**<br>**515 South Flower Street, Suite 1000**<br>**Los Angeles, CA 90071** | **10/30/2015 -**<br>**12/11/15** | **$75,571.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Fees** |
| 3.3. **Nicholas L. Saakvitne**<br>**532 Colorado Avenue, 2nd Floor**<br>**Santa Monica, CA 90401** | **09/18/2015** | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **401k Wind Down** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Sherwood Partners, Inc.**<br>**1100 La Avenida Street, Building A**<br>**Mountain View, CA 94043** | **8/4/2015 -**<br>**12/14/15** | **$427,123.72** | **$411,997.93 Professional Fees**<br>**$11,470.00 Success Fees**<br>**$3,655.79 Reimbursable**<br>**Expenses** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Case: 15-53931   Doc# 28   Filed: 01/08/16   Entered: 01/08/16 17:25:26   Page 61 of
74

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Annette Malveaux-Smith, et al. v. Homejoy, Inc.**<br>**37-2015-00005070-CU-OE-CTL** | Contractor vs Employee Homjoy (assignment for the benefit of creditors) LLC is not a named defendant; this lawsuit is listed for disclosure only | **San Diego Superior Court**<br>**220 West Broadway**<br>**San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Vilma Zenelaj & Greta Zenelaj, in rep. capacity v. Homejoy, Inc. Corporation (DBA Homejoy)**<br>**CGC-15-544599** | Contractor vs Employee Homjoy (assignment for the benefit of creditors) LLC is not a named defendant; this lawsuit is listed for disclosure only | **San Francisco Superior Court**<br>**400 McAllister St**<br>**San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Diana Ventura, indiv. and on behalf of… v. Homejoy, Inc. Corporation (DBA Homejoy)**<br>**CGC-15-544750** | Contractor vs Employee Homjoy (assignment for the benefit of creditors) LLC is not a named defendant; this lawsuit is listed for disclosure only | **San Francisco Superior Court**<br>**400 McAllister St.**<br>**San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **J.C. Iglesias, indiv. and on behalf of all others similarly situated v. Homejoy, Inc.**<br>**15-1286** | Contractor vs Employee Homjoy (assignment for the benefit of creditors) LLC is not a named defendant; this lawsuit is listed for disclosure only | **US District Court for the Northern Dist.**<br>**450 Golden Gate Avenue**<br>**San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Nicholas Reyna, indiv. and on behalf of all others similarly situated v. Homejoy, Inc.**<br>**15-3405** | Warren Act Homjoy (assignment for the benefit of creditors) LLC is not a named defendant; this lawsuit is listed for disclosure only | **US District Court for the Northern Dist.**<br>**450 Golden Gate Avenue**<br>**San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

#### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Certain Gifts and Charitable Contributions**

#### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Certain Losses**

#### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Certain Payments or Transfers**

#### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Levene Neale Bender Yoo Brill LLP**<br>**10250 Constellation Boulevard, Ste 1700**<br>**Los Angeles, CA 90067** | | **12/10/2015** | **$75,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

#### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

#### 13. Transfers not already listed on this statement

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Vinor Tech; Recommind, Inc.** | **Sale of FF&E on 2 dates for $21,075 Please see attached Exhibit 13** | **9/11/2015 & 9/24/2015** | **$21,075.00** |
| | Relationship to debtor **None** | | | |
| 13.2. | **Byron B HSU** | **Sale of IP for $100,000** <br><br> **Customer List Service Provider List Homejoy source code Social Media Pages Domain Names** | **10/21/2015** | **$100,000.00** |
| | Relationship to debtor **None** | | | |

| Part 7: | **Previous Locations** |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**SOFA EXHIBIT 13**

**<u>Furniture, Fixtures & Equipment</u>**

**Qty**              **Model**

*Monitors*
102 ACER G236HL
  1 ACER G276HL
  1 ACER X1240 DLP
  1 BENQ MX522
  5 DELL 27"
  1 MONOPRICE 30"
  1 PLANAR PX2710
  2 QX2710LED
  1 SAMSUNG U28D59

*Laptops*
  3 APPLE A1398
 13 APPLE A1466
  1 LENOVO I5 X1
  1 LENOVO IDEAPAD S210
  1 LENOVO X230
  2 Lenovo T440
  2 Lenovo T440S

*Desktop Computers*
 12 DELL 3020
  1 HP  1490
  1 HP PAVILION
  1 HP P6 PC Desktop
  1 HP P7 PC Desktop
  1 HP PAVILION P2-1310
  1 HP PAVILION P6

*Phones*
  3 POLYCOM 2201-15100-601

*TV's*
  1 Vizio E600
  5 Vizio m401

*Misc*
  1 Bose L1 Compact Power Stand
  2 True GDM Glass Door Refrigerator
  1 Kegco Beer Dispenser HS
118 Desks

---

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| **Part 12:** | Details About Environment Information |

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

Case: 15-53931     Doc# 28     Filed: 01/08/16     Entered: 01/08/16 17:25:26     Page 66 of 74

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   Homejoy UK | Home cleaning | EIN:<br><br>From-To   **Present** |
| 25.2.   Homejoy France | Home cleaning | EIN:<br><br>From-To   **Present** |
| 25.3.   Homejoy Germany | Home cleaning | EIN:<br><br>From-To   **Present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Sherwood Partners, Inc.<br>1100 La Avenida Street, Building A<br>Mountain View, CA 94043 | 08/05/15-12/15-15 |
| 26a.2.   Lisa Dominguez<br>1100 La Avenida Street, Building A<br>Mountain View, CA 94043 | 08/05/15-12/15-15 |
| 26a.3.   Chheko Taing<br>1100 La Avenida Street, Building A<br>Mountain View, CA 94043 | 08/05/15-12/15-15 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 67 of 74

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Sherwood Partners, Inc.**<br>**1100 La Avenida Street, Building A**<br>**Mountain View, CA 94043** | **08/05/15-12/15-15** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Lisa Dominguez**<br>**1100 La Avenida Street, Building A**<br>**Mountain View, CA 94043** | **08/05/15-12/15-15** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.   **Chheko Taing**<br>**1100 La Avenida Street, Building A**<br>**Mountain View, CA 94043** | **08/05/15-12/15-15** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Sherwood Partners, Inc.**<br>**1100 La Avenida Street, Building A**<br>**Mountain View, CA 94043** | |
| 26c.2.   **Lisa Dominguez**<br>**1100 La Avenida Street, Building A**<br>**Mountain View, CA 94043** | |
| 26c.3.   **Chheko Taing**<br>**1100 La Avenida Street, Building A**<br>**Mountain View, CA 94043** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael A. Maidy** | **1100 La Avenida Street, Building A**<br>**Mountain View, CA 94043** | **Manager** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Martin D. Pichinson** | **1100 La Avenida Street, Building A**<br>**Mountain View, CA 94043** | **Manager** | **0** |

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 68 of 74

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sherwood Management LLC | 1100 La Avenida Street, Building A Mountain View, CA 94043 | sole member | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Sherwood Partners, Inc. 1100 La Avenida Street, Building A Mountain View, CA 94043 | $427,123.72 | 8/4/2015 - 12/14/15 | $411,997.93 Professional Fees $11,470.00 Success Fees $3,655.79 Reimbursable Expenses |
| | Relationship to debtor owns 100% of Sherwood Management LLC | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Part 14:  Signature and Declaration

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 1 - 8 · 16 _____

_____          **Tim J. Cox**_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Responsible Individual**_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of California

In re    **Homejoy (assignment for the benefit of creditors) LLC**      Case No.    **15-53931**

Debtor(s)      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 75,000.00 |
| Prior to the filing of this statement I have received | $ | 75,000.00 |
| Balance Due | $ | 0.00 |

2.   $ **1,717.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e. [Other provisions as needed]
         **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBRB's expertise or which is beyond LNBRB's staffing capabilities; preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Matters which are outside LNBRB's specialization (non-bankruptcy matters)**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January  8, 2016**
*Date*

**/s/ Ron Bender**
**Ron Bender 143364**
*Signature of Attorney*
**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**
*Name of law firm*

# United States Bankruptcy Court
## Northern District of California

In re __Homejoy (assignment for the benefit of creditors) LLC__     Case No.   __15-53931__

                                        Debtor(s)          Chapter   __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sherwood Management LLC**<br>**1100 La Avenida Street, Building A**<br>**Mountain View, CA 94043** | | | **100% membership interest in LLC** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Responsible Individual** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    _1 - 8 - 16_              Signature _____
                                                  Tim J. Cox

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Case: 15-53931    Doc# 28    Filed: 01/08/16    Entered: 01/08/16 17:25:26    Page 73 of 74

# United States Bankruptcy Court
## Northern District of California

In re   <u>Homejoy (assignment for the benefit of creditors) LLC</u>     Case No.   <u>**15-53931**</u>

                 Debtor(s)            Chapter   <u>**11**</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   <u>**Homejoy (assignment for the benefit of creditors) LLC**</u>   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sherwood Management LLC**
**1100 La Avenida Street, Building A**
**Mountain View, CA 94043**

☐ None [*Check if applicable*]

| | |
|---|---|
| **January  8, 2016** | **/s/ Ron Bender** |
| Date | **Ron Bender 143364** |
| | Signature of Attorney or Litigant |
| | Counsel for   <u>**Homejoy (assignment for the benefit of creditors) LLC**</u> |
| | **Levene, Neale, Bender, Yoo & Brill LLP** |
| | **10250 Constellation Blvd.** |
| | **Suite 1700** |
| | **Los Angeles, CA 90067** |
| | **(310) 229-1234** |