John D. Fiero (CA Bar No. 136557)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone:    (415) 263-7000
Facsimile:    (415) 263-7010
E-mail:       jfiero@pszjlaw.com
              tkapur@pszjlaw.com

Proposed Counsel for the Official
Committee of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>HOMEJOY (Assignment for the Benefit of Creditors), LLC,<br><br>                 Debtor. | Case No. 15-53931 MEH<br><br>Chapter 11<br><br>**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>**[No Hearing Required]** |

The Official Committee of Unsecured Creditors (the "Committee") of HOMEJOY (Assignment for the Benefit of Creditors), LLC (the "Debtor") hereby submits this application (the "Application") to employ Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm") as its counsel, effective as of February 22, 2016, which is the date on which the Firm commenced providing services for the Committee.

### I.

### JURISDICTION & VENUE

This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of these cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is section 1103 of Title 11 of the United States Code (the "Bankruptcy Code").

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

## II.

## BACKGROUND

On December 15, 2015 (the "Petition Date"), the Debtor commenced its bankruptcy case by filing a voluntary petition under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California, San Jose Division (the "Court").

On February 1, 2016, the Office of the United States Trustee appointed the Committee. The members of the Committee are: (i) Zerocater c/o Genevieve du Lac; (ii) Monroe Personnel Svc, LLC c/o Debra Mugnani; (iii) TaskUs c/o Amy Johnson; and (iv) Vilma Zenelaj c/o Byron Goldstein, Borgen, Dardarian & Ho.

The Debtor is a debtor in possession and no trustee or examiner has been appointed.

On February 22, 2016, the Committee selected PSZ&J as its counsel, subject to the approval of this Court.

## III.

## APPLICATION TO RETAIN AND EMPLOY PSZ&J

By this Application, pursuant to section 1103 of the Bankruptcy Code, the Committee seeks to employ PSZ&J as counsel to the Committee, effective as of February 22, 2016, to perform the legal services set forth herein.

Pursuant to section 1103(b) of the Bankruptcy Code, an attorney employed to represent the Committee may not, while employed by such committee, represent any other entity having an adverse interest in connection with this case. 11 U.S.C. § 1103(b). PSZ&J has advised the Committee that the Firm does not represent any other entity having an adverse interest in connection with the Debtor or this case.

The Committee has selected PSZ&J because of its extensive expertise and knowledge in the area of chapter 11 insolvency and business reorganizations. PSZ&J has served as counsel to unsecured creditors' committees in various chapter 11 cases. In addition, PSZ&J has served as general bankruptcy counsel to a wide range of debtors. The Firm also has extensive experience representing trustees, individual creditors, special interest committees, asset purchasers and investors in restructurings. Copies of the biographies of John D. Fiero, Maxim B. Litvak and Teddy M. Kapur

2

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

of PSZ&J, who are the attorneys with primary responsibility for the Committee's representation, are attached hereto as <u>Exhibit A</u>. PSZ&J's depth of experience in the areas of insolvency, business reorganizations, and debtor/creditor matters makes it highly qualified to represent the Committee. Therefore, the Committee believes that PSZ&J's retention is in the best interest of the Debtor's unsecured creditors.

Subject to further order of this Court, PSZ&J may be required to render the following services to the Committee, among others:

- to assist, advise, and represent the Committee in its consultations with the Debtor and other creditor constituencies or parties in interest regarding the administration of this case;

- to assist, advise, and represent the Committee in analyzing the Debtor's assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, other asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

- to assist, advise, and represent the Committee in its participation in the Debtor's liquidation efforts and the sale of the Debtor's remaining assets;

- to assist, advise, and represent the Committee in any manner relevant to reviewing and determining the Debtor's rights and obligations under unexpired leases and executory contracts;

- to assist, advise, and represent the Committee in investigating the acts, conduct, assets, liabilities and financial condition of the Debtor, the operation of the Debtor's business, and any other matters relevant to this case or to the formulation of a plan;

- to assist, advise, and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization or the dismissal of the case;

- to assist, advise, and represent the Committee in the evaluation of claims and any litigation matters;

- to provide advice to the Committee on the issues concerning the appointment of a trustee or examiner under section 1104 of the Bankruptcy Code;

- to assist, advise and represent the Committee with respect to the Committee's retention of professionals and advisors with respect to this case;

- to assist, advise, and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the

3

Case: 15-53931    Doc# 80    Filed: 03/16/16    Entered: 03/16/16 08:18:50    Page 3 of 21

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

performance of such other services as are in the interests of those represented by the Committee; and

- to provide such other services to the Committee as may be necessary in this case.

Subject to the applicable provisions of the Bankruptcy Code, the Committee proposes that PSZ&J be paid by the Debtor on an hourly basis and be reimbursed by the Debtor according to its customary reimbursement policies, *provided*, *however*, that, with respect to its attorney timekeepers, PSZ&J has agreed in this case to charge the lower of: (x) their customary hourly rates; and (y) $675 per hour for all attorney timekeepers. PSZ&J has represented to the Committee that Mr. Kapur is the attorney of the Firm currently expected to be principally responsible for this case, and his customary hourly rate is $595. PSZ&J has advised the Committee that other Firm attorneys expected to provide services on a regular basis to the Committee in this case and their customary hourly rates are: John D. Fiero ($825) and Maxim B. Litvak ($825). The Committee has been told that the hourly rate for the paralegal assigned to this case is $325.

In addition, the Firm has agreed with the Committee that the Firm will not seek compensation for travel time to or from the San Jose area, but the Firm will seek reimbursement of its expenses related to such travel.

The Firm has represented to the Committee and has stated in the *Declaration of Teddy M. Kapur in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors*, filed concurrently herewith (the "Kapur Declaration"), the following:

- It will exercise continuous billing judgment throughout the engagement and will staff the case among other attorneys at the Firm in the most cost-efficient manner possible.

- It will not receive a retainer.

- It categorizes its billing into subject matter categories in compliance with applicable guidelines, including the *United States Bankruptcy Court Northern District of California Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees*. PSZ&J understands that its compensation in these cases is subject to the applicable provisions of the Bankruptcy Code.

To the best of the Committee's knowledge, based on representations in the Kapur Declaration, except as stated in the Kapur Declaration, PSZ&J is "disinterested" in that it has no

4

connection with the Debtor, its creditors, any other party in interest herein, their respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee. As stated more fully in the Kapur Declaration, PSZ&J does not hold, or represent any entity having, an adverse interest in connection with the Debtor or this case. PSZ&J does not employ any person who is related to a judge of this Court. Accordingly, PSZ&J is qualified to represent the Committee under section 1103 of the Bankruptcy Code.

While the Firm has undertaken, and continues to undertake, efforts to identify connections with the Debtor and other parties-in-interest, it is possible that connections with some parties-in-interest have not yet been identified. Should the Firm, through its continuing efforts, or as this case progresses, learn of any new connections of the nature described above, the Firm will promptly file supplemental declarations, as required by Bankruptcy Rule 2014(a).

**WHEREFORE**, the Committee requests that this Court approve the employment of Pachulski Stang Ziehl & Jones LLP as counsel, effective as of February 22, 2016, to render services as described above with compensation to be paid as an administrative expense at such times and in such amounts as the Court may hereafter determine and allow under sections 507(a) and 503(b) of the Bankruptcy Code.

March 14, 2016

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

By: Byron Goldstein
Its: Chairperson

Agreed to: March 16, 2016

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Teddy M. Kapur*
Teddy M. Kapur

*Proposed Attorneys for the Official Committee of Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

5

# EXHIBIT A

Case: 15-53931   Doc# 80   Filed: 03/16/16   Entered: 03/16/16 08:18:50   Page 6 of 21



PACHULSKI
STANG
ZIEHL
JONES



150 California Street
15th Floor
San Francisco, CA
94111-4500

# John D. Fiero

Tel: 415.263.7000 | jfiero@pszjlaw.com

**EDUCATION**

University of Massachusetts
(B.A. 1985)

Hastings College of the Law,
University of California (J.D.,
*cum laude*, 1988)

**BAR AND COURT
ADMISSIONS**

1988, California

Mr. Fiero serves as a co-chair of the firm's Committee Practice Group and maintains a national practice representing debtors, committees, acquirers, and other significant parties in interest in complex reorganizations and financially distressed situations, both in and out of court.

Mr. Fiero is a graduate of the University of Massachusetts at Amherst and received his J.D. from Hastings College of the Law, where he was associate note editor for the *Hastings Journal of Communications and Entertainment Law*.

Every year since 2004, he has been named a Super Lawyer by *San Francisco Magazine.* He is also credited for his "highly constructive approach" in *Chambers USA*'s list of leading bankruptcy and restructuring lawyers and has been named every year since 2013 for his work in bankruptcy and creditor-debtor rights law by Best Lawyers in America . Mr. Fiero is admitted to practice in California and is resident in our San Francisco office.

## Representations

Chapter 11 debtors: NewZoom Inc. (San Francisco); Arlie & Co. (Eugene, Oregon); ManagedStorage International (Delaware); Heller Ehrman LLP (San Francisco); Tri Valley Growers (Oakland); Webvan (Delaware)

Creditors' committees: Rdio, Inc. (San Francisco); Deerfield Ranch Winery (Santa Rosa); Event Rentals (Delaware); BR Festivals (Santa Rosa); IntraOp Medical Corporation (San Jose); Orchard Supply Hardware (Delaware); Trident Microsystems (Delaware); Carinalli (Santa Rosa); Humboldt Creamery LLC (Santa Rosa); Pacific Lumber Company (Corpus Christi); The Billing Resource (San Jose); Prediwave Corporation (Oakland); Crescent Jewelers (Oakland); Northpoint Communications (San Francisco); Adesta Communications (Omaha); Western Integrated Networks (WinFirst) (Denver); Metricom (San Jose)



## Professional Affiliations

Member, UC Hastings College of the Law Board of Trustees

Member, United States Bankruptcy Court for the Northern District of California Bench-Bar Liaison Committee (2006 - 2009)

Chair, American Bar Association Real Property Section Litigation and Dispute Resolution Committee (1998-2000)

## Programs and Lectures

Bar Association of San Francisco, California Bankruptcy Forum, International Women's Insolvency & Restructuring Confederation, American Bar Association, American Bankruptcy Institute

## Publications

Properly Structured Private Equity Fund Avoids Pension Withdrawal Liability Pachulski Bulletin #11, December 2012

Creditor's Self-Interest Precludes Fee Reimbursement From the Estate September 2012





# Maxim B. Litvak

Tel: 415.263.7000 | mlitvak@pszjlaw.com

150 California Street
15th Floor
San Francisco, CA
94111-4500

**EDUCATION**

University of California (B.A. 1994)

Duke University School of Law (J.D. 1997)

**BAR AND COURT ADMISSIONS**

1997, Texas

2001, California

Mr. Litvak specializes in bankruptcy and restructuring matters. He has represented debtors, trustees, creditors, and creditors' committees in numerous bankruptcy cases and out-of-court restructurings. He has authored a number of papers on insolvency issues and has lectured at various seminars and bar association meetings. Mr. Litvak is a graduate of UC Berkeley and received his J.D. from Duke University. In 2014, he was named a "Northern California Super Lawyer" in a peer survey conducted by *Law & Politics* and the publishers of *San Francisco* magazine, an honor bestowed on only 5% of Northern California attorneys. He is admitted to practice in Texas and California, and speaks fluent Russian. Mr. Litvak is a resident in our San Francisco office.

## Representations

Chapter 11 debtors including Digital Domain Media (Delaware); Solyndra LLC (Delaware), Pacific Energy (Delaware), Woodside Homes (Riverside), Nellson Nutraceutical (Delaware), Proxim Corporation (Delaware), Sydran Services (Oakland), Deltagen (San Francisco), General Magic (San Jose), and Quokka Sports (San Francisco)

Creditors' committees including Carinalli (Santa Rosa), Humboldt Creamery (Santa Rosa), Pacific Lumber (Corpus Christi), SeraCare (San Diego), At Home Corporation (San Francisco), and Software Logistics (Oakland)

## Professional Affiliations

Member, Bench-Bar Liaison Committee of the Bankruptcy Court for the Northern District of California (2010-)

Turnaround Management Association, Northern California Chapter (Membership Committee, 2007-08; Secretary, 2004-07)

## Programs and Lectures

Bar Association of San Francisco, American Bar Association, Turnaround Management Association

## Publications

Coauthor with D. Grassgreen: *First Day Motions: A Guide to the Critical First Days of a Bankruptcy Case* (ABI 2d ed. 2006)

Author, "What Does an Insider Have to Do to Make a Buck? A Commentary on the Recent Revisions to Section 503 of the Bankruptcy Code Limiting the Approval of Retention, Severance and Other Bonus Compensation to Insiders," in *Bankruptcy Reform 2005* at 63 (LRP Publications 2005)

Author, "Retention and Compensation of Investment Bankers in Bankruptcy Cases," 23 *American Bankruptcy Institute Journal* 30 (April 2004)

Contributing editor, *Norton Bankruptcy Law & Practice* (2006 - 2010)





10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Teddy M. Kapur

Tel: 310.277.6910  |  tkapur@pszjlaw.com

**EDUCATION**

Rice University (B.A. *magna cum laude* 1999)

London School of Economics and Political Science (1997-98)

Harvard University (M.P.A. 2004)

New York University School of Law (J.D. 2004)

**BAR AND COURT ADMISSIONS**

Texas, 2004 (inactive)

California, 2006

**CLERKSHIPS**

W. Royal Furgeson (W.D. Texas 2004-05)

Mr. Kapur represents debtors, creditors' committees, trustees, and asset purchasers in chapter 11 corporate bankruptcies, chapter 9 municipal bankruptcies and out-of-court restructurings. He has represented clients in a broad range of industries such as healthcare, retail, real estate, automotive, and technology.

Mr. Kapur has played an integral role in cases that have been awarded the "Mid-Size Company Turnaround of the Year" by the *Turnaround Management Association* and "Reorganization of the Year Award" by *The M&A Advisor*. In 2015, *Los Angeles* magazine recognized Mr. Kapur as a "Super Lawyer," an honor bestowed on only 5% of Southern California attorneys. He was recognized as a "Rising Star" by the same publication in 2014 and 2013. In 2014, the National Asian Pacific American Bar Association recognized Mr. Kapur as one of the "Best Lawyers Under 40." And in 2013, *The M&A Advisor* awarded Mr. Kapur the "40 Under 40 Recognition Award," and *The Recorder* named Mr. Kapur a "Lawyer on the Fast Track," identifying him as among fifty attorneys in California "whose early accomplishments indicate they will be tomorrow's top lawyers and leaders."

Mr. Kapur also possesses a strong business background. He was a vice president in a real estate investment division at American International Group, and an analyst in the investment banking division at Merrill Lynch & Co.

Mr. Kapur serves as a mentor and member of the board of the nonprofit organization Imagine LA, which facilitates a team mentorship program to help families permanently exit homelessness and poverty.

Mr. Kapur earned his J.D. from New York University School of Law, where he was an Articles and Notes Editor for the *NYU School of Law Journal of Legislation and Public Policy*. He earned his Master in Public Administration from Harvard University, and his B.A., *magna cum laude*, from Rice University. Mr. Kapur is admitted to practice in California and Texas (inactive), and is resident of our Los Angeles office.



PACHULSKI
STANG
ZIEHL
JONES

## Representations

Chapter 11 debtors in Select Staffing; American Suzuki Motor Corporation; Ultura (Oceanside); CyberDefender; Gordian Medical (dba American Medical Technologies); Arlie & Company; Victor Valley Community Hospital; Heller Ehrman LLP; Z Gallerie; S&B Surgery Center; New Century Financial

Creditors' committees in Naartjie Custom Kids; Adair County Hospital District; IPC International; Residential Capital; San Diego Hospice & Palliative Care Corporation; SSI Group Holding Corp. (Grandy's and Souper Salad restaurant chains); Pure Beauty Salons & Boutiques; Circuit City; Hawaii Medical Center

Chapter 11 and 7 trustees in Georges Marciano; Renaissance Surgical Arts at Newport; Galleria USA

## Professional Affiliations

Co-Chair, National Asian Pacific American Bar Association Bankruptcy, Restructuring and Creditors'/Debtors' Rights Committee

Founding Member and President, Turnaround Underground – Los Angeles (2011-2014)

President, South Asian Bar Association of Southern California (2012-2013)

Member, Turnaround Management Association

## Programs and Lectures

National Asian Pacific American Bar Association, Information Management Network, Strafford Publications, California Bankruptcy Forum, Pepperdine University School of Law, North American South Asian Bar Association

## Publications

Sections 327 through 331—Recent Developments in the Law of Employment and Compensation of Bankruptcy Professionals
2012 Norton Annual Survey of Bankruptcy Law

Absence of Legislative History Obscures the Plain Meaning of Bankruptcy Code Section 503(b)(1)(A)
Business Law Today, January 2011

Land Use Regulation in Houston Contradicts the City's Free Market Reputation
Environmental Law Reporter, 2004

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10100 Santa Monica Blvd., #1300, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): ***APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 16, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached pg.

**2. SERVED BY UNITED STATES MAIL:**
On **March 16, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached pg.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached pg.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 16, 2016 | Diane H. Hinojosa | /s/ Diane H. Hinojosa |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Case: 15-53931   Doc# 80   Filed: 03/16/16   Entered: 03/16/16 08:18:50   Page 13 of 21

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Ron Bender    rb@lnbyb.com
- Gregg M. Ficks    gficks@coblentzlaw.com
- John-Patrick M. Fritz    JPF@LNBYB.com, JPF@ecf.inforuptcy.com
- Julie M. Glosson    julie.m.glosson@usdoj.gov
- Shining J. Hsu    shining.hsu@usdoj.gov
- Teddy M. Kapur    tkapur@pszjlaw.com, pjeffries@pszjlaw.com
- Maxim B. Litvak    mlitvak@pszjlaw.com, pjeffries@pszyjw.com
- Minnie Loo    minnie.loo@usdoj.gov
- Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com

**2. SERVED BY UNITED STATES MAIL**

See attached 2002 list.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0971-5
Case 15-53931
Northern District of California
San Jose
Mon Mar 14 13:31:18 PDT 2016

10K ADVERTISING, INC
473 1/4 S. FAIRFAX AVE
Los Angeles, CA 90036-3122

1605-25W-0L4 LLC
1605 W Olympic Blvd #1003
Los Angeles, CA 90015-3810

AMAZON MEDIA GROUP LLC
PO Box 24651
Seattle, WA 98124-0651

AT&T
208 S. Akard St.
Dallas, TX 75202-4206

Ace Parking
PO Box 917
Turlock, CA 95381-0917

Aerotek
3689 Collection Ctr. Dr.
Chicago, IL 60693-0036

Andersen Tax
Box 200988
Pittsburgh, PA 15251-0988

Angele Selden
514 Oak Creek Dr.
Brandon, FL 33511-7511

Annette Malveaux-Smith
c/o Brian R. Strange
Strange & Butler
12100 Wilshire Blvd, #1900
Los Angeles, CA 90025-7125

Annette Malveaux-Smith
c/o William F. Small III
Small & Schena LLP
1350 Columbia St., Ste. 700
San Diego, CA 92101-3456

Apple Inc.
Apple Inc.
p.o. box 846095
dallas, TX 94104

Aramark
22512 Network Place
Chicago, IL 60673-1226

Ashley Posey
2558 14th Ave W
Unit A
Seattle, WA 98119

Baker & McKenzie
Two Embarcadero Center
11th Floor
San Francisco, CA 94111-3802

Baker & McKenzie LLP
Barbara Klementz, Esq
Two Embarcadero Center, Suite 1100
San Francisco, CA 94111-3802

Bankruptcy Administration
GE Information Technology Solutions
c/o A Ricoh USA Program
1738 Bass Road
P. 0. Box 13708
Macon, GA 31210-1043

Barbary Coast Living
PO Box 640832
San Francisco, CA 94164-0832

Ron Bender
Levene, Neale, Bender, Yoo & Brill L.L.P
10250 Constellation Blvd. #1700
Los Angeles, CA 90067-6253

Zachary Bulthuis
Huntington Legal Solutions
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647-5998

Business With Pleasure
1 Victor Square
Scotts Valley, CA 95066-3575

Buyer's Best Friend
38 Lyon Street
San Francisco, CA 94117-3024

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Attn: Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952

Canteen refreshment services
Divison of Compass Group
File 50196
Los Angeles, CA 90074-0001

Carol Kuhn
3747 N Pittsburgh Ave;
Chicago, IL 60634-1914

Celerity Consulting Group
2 Gough Street
Suite 300
San Francisco, CA 94103-5420

CheckR
440 N Wolfe Rd.
Ste 2224
Sunnyvale, CA 94085-3869

Club MomMe
5350 Playa Vista Drive
#23
Playa Vista, CA 90094-2502

Cobaltix
1095 Folsom Street
San Francisco, CA 94103-4025

Cogent
PO Box 791087
Baltimore, MD 21279-1087

Colorado Department of Labor and Employment
Unemployment Insurance Operations
PO BOX 8789
Denver, CO 80201-8789

Compass Group USA
2400 Yorkmont Rd
Charlotte, NC 28217-4511

Connie Sehat
798 Piedmont Avenue Northeast
Apt. A
Atlanta, GA 30308-1409

Conversocial Inc.
PO Box 845988
Boston, MA 02284-5988

Cooley
101 CA St
5th Fl
San Francisco, CA 94111

Cooley LLP
c/o J. Michael Kelly
101 California Street, 5th Floor
San Francisco, CA 94111-5800

Tim J. Cox
1100 La Avenida Street, Building A
Mountain View, CA 94043-1453

Curacao Business Center - LA Rent
1605 W. Olympic Blvd.
STE 1003
Los Angeles, CA 90015-3810

DBA Media, LLC
133 West 19th Street, 4th Floor
NY, NY 10011-4117

Dagah Benyisrayl
3210 13th St SE. Apt. 10
Washington, DC 20032-4525

Danielle Fujii (DBA Fullmoonfire)
1261 Albion Lane
Sunnyvale, CA 94087-3828

Deezer INC
527 Howard St
San Francisco, CA 94105-3023

Department of Labor and Industries
PO Box 34974
Seattle, WA 98124-1974

Desnoyers
PO BOX 26242
Winston Salem, NC 27114-6242

Devorah Kreiman
180 South Highland Ave.
Los Angeles, CA 90036-3029

Diana Ventura
c/o David Browne
Browne Labor Law
475 Washington Blvd.
Marina Del Rey, CA 90292-5287

Diana Ventura
c/o Laura L. Ho
Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612-3536

Donna Thompson
10406 66th Venue South
Seattle, WA 98178

Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

E4 TECHNOLOGIES, INC.
PO Box 648175
Vero Beach, FL 32964-8175

Edina Becirovich
503 Brooks Ave
San Jose, CA 95125-1620

Emily Henderson Design, LLC
1110 Oberlin Drive
Los Angeles, CA 91205-3730

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Erin Meisel
1431 Ocean Avenue
1604
Santa Monica, CA 90401-2153

Facebook
Attn: Accounts Receivable
15161 Collections Center Drive
Chicago, IL 60693-0151

Fed Ex TechConnect Inc.
As assignee of federal Express corp
Attn: Revenue Recovery/ Bankruptcy
3965 Airways Blvd Module G 3rd Floor
Memphis, TN 38116-5017

Gregg M. Ficks
Coblentz, Patch, Duffy and Bass
1 Montgomery St. #3000
San Francisco, CA 94104-5500

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

John-Patrick M. Fritz
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd #1700
Los Angeles, CA 90067-6253

Fullmoonfire
1261 Albion Lane
Sunnyvale, CA 94087-3828

GE Capital Information Technology
Solution, LLC
fdba IKON Financial Serv./Ricoh USA Prog
PO Box 13708
Macon, GA 31208-3708

GE Capital Information Technology Soluti
PO Box 13708
Macon, GA 31208-3708

GE Information Technology Solutions
c/o A Ricoh USA Program fdba IKON
Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Geary LSF Group
332 Pine Street
Suite 600
San Francisco, CA 94104-3228

Gillian Horton
604 Melrose St
Alexandria, VA 22302-4014

Julie M. Glosson
Office of the United States Trustee
235 Pine St. #700
San Francisco, CA 94104-3484

Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA 94025-1105

Google Ventures
1600 Amphitheatere Parkway
Mountain View, CA 94043-1351

David K. Gottlieb
D. Gottlieb & Associates, LLC
15233 Ventura Blvd. 9th Floor
Sherman Oaks, CA 91403-2250

Greyhound Capital Management LLC
Attn: Pogos Saiadian
70 Duke Street
London W1K 6JX United Kingdom W1K 6JX

GrubHub Holdings Inc.
1065 Avenue of the Americas
15th Floor
New York, NY 10018-0697

GrubHub Holdings Inc. d/b/a Seamless
1065 Avenue of the Americas, 15th Floor
New York, NY 10018-0697

Gualdini Tay
12 Doughernty Blvd A3
Glen Mills, PA 19342-1134

Gurock
Heinrich-Roller-Str. 16b
Berlin, Germany 10405

Hector Negron
PO Box 192099
Boston, MA 02119-0039

Heidi Cangiamilla
3939 Via Cristobal
Campbell, CA 95008-2716

HireReady
353 King Street
Apt 722
San Francisco, CA 94158-1682

HomeAdvisor
14023 Denver West Parkway
Suite 200
Golden, CO 80401-3259

Homejoy (assignment for the benefit of credi
1100 La Avenida Street
Suite A
Mountain View, CA 94043-1453

Hopkins & Carley
PO Box 1469
San jose, CA 95109-1469

Shining J. Hsu
Office of the United States Trustee
280 S 1st St, #268
San Jose, CA 95113-3000

Hui Lei
401 NE 71st St Apt 401
Seattle, WA 98115-5458

Huntington legal Solutions
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647-5998

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Informs
3860 Eagle Drive
Anaheim, CA 92807-1706

InsidersReferral.com
PO Box 732272
Dallas, TX 75373-2272

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J.C. Iglesias
c/o Matthew Carlson
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111-5235

J.C. Iglesias
c/o Shannon Liss-Riordan
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116-2639

J.C. Iglesisa
Matthew Carlson
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111-5235

J.C. Iglesisa
c/o Shannon Liss-Riordan
Licten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116-2639

Jason Ng
801 S Lucerne Blvd
Apt 304
Los Angeles, CA 90005-3790

Jeffrey Hope
4622 meadows edge
Houston, TX 77084-3787

Jennifer Roshaven
16961 SW 92 CT
Miami, FL 33157-4516

Jillian Sheehan
5537 WA St.
Downers Grove, IL 60516

Johnetta Frazier
3854 Conshohocken Avenue
Philadelphia, PA 19131-2822

Teddy M. Kapur
Pachulski, Stang Ziehl and Jones LLP
10100 Santa Monica Blvd. #1100
Los Angeles, CA 90067-4111

Katrina Hartog
42 Wiow Pl.
Apt. 3
Brooklyn, NY 11201-4513

LBD Investments
655 University Ave., Ste 225
Sacramento, CA 95825-6747

LUGGAGE AMERICA INC
P.O. Box 1036
Charlotte, NC 28201-1036

LawRoom
LawRoom
1255 Treat Blvd
Walnut Creek, CA 94597-7968

Leilani Harris
7344 E Rochelle Cir
Mesa, AZ 85207-1816

Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Boulevard
Suite 1700
Los Angeles, CA 90067-6253

Lichten & Liss-Riordan, P.C., Attn: Adel
729 Boylston Street, Suite 2000
Boston, MA 02116-2639

LinkedIn
62228 Collections Center Drive
Chicago, IL 60693-0622

Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116-2639

Little Vietnam Cafe
309 6th Avenue
San Francisco, CA 94118-2313

Maxim B. Litvak
Pachulski, Stang, Ziehl and Jones
150 California St. 15th Fl.
San Francisco, CA 94111-4554

LivBlends
Matthew Udomphol
355 Berry Street
San Francisco, CA 94158-1583

Minnie Loo
Office of the U.S. Trustee
235 Pine St. 7th Fl
San Francisco, CA 94104-3484

Madeline Langstroth
328 West 17th Street
Apt 4E
NY, NY 10011-5037

Mandy Millette
12319 SW 12th Street
Hollywood, FL 33025-3726

Manny & Friends, LLC
700 N Green Street, Suite 500
Chicago, IL 60642-5453

Method
PO Box 78764
Milwaukee, WI 53278-8764

Michael Sapienza
14 Isabella Street
Apt G
Boston, MA 02116-5217

Mike Deely Investigations
PO Box 1233
Danville, CA 94526-8233

Monroe Personnel Service, L.L.C.
220 Montgomery Street, Suite 1006
San Francisco, CA 94104-3434

Moss Adams LLP
PO Box 748369
Los Angeles, CA 90074-8369

Munchery, Inc.
375 Alabama St.
San Francisco, CA 94110-1360

Nancy Parenteua
1195 Alicante Drive
Pacifica, CA 94044-4303

Network After Work
211 W Wacker Dr.
3rd Floor
Chicago, IL 60606-1316

New York State Dept. of Taxation
NYC Metro Audit Group
345 Adams Street - Sales Tax Unit
5th Floor
Brooklyn, NY 11201-3719

Newmark Cornish & Carey
Attn: Accounting Dept
PO Box 58159
Santa Clara, CA 95052-8159

Nicholas Reyna
c/o Lesley E. Weaver
Block & Leviton LLP
520 Third Street, Suite 108
Oakland, CA 94607-3503

Nicholas Reyna
c/o Lori E. Andrus
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104-4115

Nick Glover
15738 Porchlight Ln
Eden Prairie, MN 55347-3575

Noteleaf, Inc.
260 Sheridan Ave.
Suite 310
Palo Alto, CA 94306-2010

OH MY GREEN, INC.
2627 Hanover
Palo Alto, CA 94304-1118

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Office of the United States Trustee
Attn: Julie M. Glosson
235 Pine Street, Suite 700
San Francisco, CA 94104-3484

Official Committee Of Unsecured Creditors
c/o John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4554

Official Committee Of Unsecured Creditors
c/o Maxim B. Litvak
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4554

Official Committee Of Unsecured Creditors
c/o Teddy M. Kapur
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4554

Official Committee of Unsecured Creditors
Pachulski Stang Ziehl & Jones LLP
150 California Street
15th Floor
San Francisco, CA 94111-4554

OnboardIQ, Inc
151 Calderon Avenue #64
Mountain View, CA 94041-1429

Oracle
P.O. Box 44471
San Francisco, CA 94144-4471

Paul Hastings LLP
1117 S. California Avenue
Palo Alto, CA 94304-1106

Plivo Inc.
340 Pine St #503
San Francisco, CA 94104-3237

Premier Staffing
PO Box 398237
San Francisco, CA 94139-0001

Queen Investment Company
631 Strander Blvd.
Suite G
Tukwila, WA 98188-2963

RED TRICYCLE
150 Gate 5 Road
Ste 203
Sausalito, CA 94965-1575

Rachel Ruvalcaba
40 W. Madill St.
Antioch, CA 94509-3747

Radpoint Omega Associates LLC
3006 San Hill Road
Building 2 Suite 290
Menlo Park, CA 94025

Randstad
PO Box 894217
Los Angeles, CA 90189-4217

Rapport
622 Third Avenue, 2nd Floor
New York, NY 10017-6718

Recommind
650 California Street
San Francisco, CA 94108-2702

Recommind, Inc.
c/o Gregg M. Ficks, Esq.
Coblentz Patch Duffy & Bass LLP
1 Montgomery Street, #3000
San Francisco, CA 94104-5508

Recommind, Inc.
c/o Gregg M. Ficks, Esq.
Coblentz, Patch, Duffy & Bass, LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500

Redpoint Ventures
3000 Sand Hill Road Building 2
Suite 290
Menlo Park, CA 94025-7113

| | | |
|---|---|---|
| Riley Life Logistics<br>3006 Industrial Dr<br>Ste 120<br>Raleigh, NC 27609-7547 | Rockerbox<br>230 East 2nd Street<br>Apt 2c<br>NY, NY 10009-8048 | Rockerbox, Inc<br>230 East 2nd Street<br>Apt 2c<br>New York, NY 10009-8048 |
| Rowena Lei Hui Lei<br>401 NE 71st Street, #401<br>Seattle, WA 98115-5458 | SABA, Inc. -1<br>4423 Fortran Court<br>Suite 134<br>San Jose, CA 95134-2320 | SOCALMOMS<br>3940 Laurel Cyn Blvd<br>#158<br>Studio City, CA 91604-3709 |
| Sac Rent - LBD<br>655 University Avenue<br>Suite 225<br>Sacramento, CA 95825-6747 | Sade Smith<br>358 Lincoln Rd Apt. 4R<br>Brooklyn, NY 11225-4364 | Schnader Attorneys At Law<br>650 California St<br>San Francisco, CA 94108-2702 |
| Seamless North America, LLC<br>Seamless North America, LLC<br>P.O. Box 5439<br>NY, NY 10087-5439 | Sendgrid<br>1401 Walnut Street<br>Suite 500<br>Boulder, CO 80302-5332 | Shashidhar Muppidi<br>11811 Ramsdell Ct<br>San Diego, CA 92131-3611 |
| Sincerely<br>PO Box 261229<br>San Diego, CA 92196-1229 | Smart Resources, Inc<br>33 N. LaSalle St<br>Suite 950<br>Chicago, IL 60602-2829 | Smartling<br>1375 Broadway<br>New York, NY 10018-7043 |
| Square<br>1455 Market Street<br>San Francisco, CA 94103-1331 | Stacy Bryan<br>619 W. Crestland Dr.<br>Austin, TX 78752-1347 | Stan Kong Consulting LLC<br>1610 Eucalyptus Drive<br>San Francisco, CA 94132-1437 |
| Staples<br>PO Box 83689<br>Chicago, IL 60696-3689 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | State of New York Department of Labor<br>Building 12 Room 256<br>Albany, NY 12240-0001 |
| Stephanie Nissan<br>12641 Hesby St.<br>Valley Village, CA 91607-2917 | Suk Han Chung<br>435 E 86th St; APT 2C<br>NY, NY 10028-6442 | Supplyworks<br>PO Box 742056<br>Los Angeles, CA 90074-2056 |
| Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | TALKDESK, INC.<br>535 Mission St.<br>San Francisco, CA 94105-3225 | THE MELT CATERING<br>58 Tehama St.<br>San Francisco, CA 94105-3110 |
| TaskUs-1<br>3233 Donald Douglas Loop S<br>Santa Monica, CA 90405-3235 | The CIT Group<br>Attn Christine Dery AVP<br>11 West 42nd Street<br>New York, NY 10036-8012 | The CIT GroupCommercial Services, Inc.<br>11 West 42nd Street<br>Attention: Christine Dery, AVP<br>New York, NY 10036-8002 |

The FruitGuys
490 Eccles Ave
South San Francisco, CA 94080-1901

The Growing Place at Ocean Park
401 Ashland Ave
Santa Monica, CA 90405-4311

Tonic Beverage Catering
2961 Mission Street
San Francisco, CA 94110-3917

TrustPilot
245 Fifth Avenue, 4th floor
New York, NY 10016-8728

Tyrone Powell Leffall II
13114 Woodtrek Lane
Houston, TX 77015-2766

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

Uber Technologies
706 Mission St., 9th Floor
San Francisco, CA 94103-3169

Unisource WorldWide, INC
Unisource-Pleasanton
File 57006
Los Angeles, CA 90074-0001

Urban Airship
1417 NW Everett Street
Suite 300
Portland, OR 97209-2653

UrbanDaddy
11 Broadway
NY, NY 10004-1303

Vilma Zenelaj and Greta Zenelaj
c/o David Browne
Browne Labor Law
475 Washington Blvd.
Marina Del Rey, CA 90292-5287

Vilma Zenelaj and Greta Zenelaj
c/o Laura L. Ho
Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612-3536

WORKAROUND INC.
1 Birch Lane
1499 West River Road N
Minneapolis, MN 55411-3429

Washington Sate Dept of Labor & Industr
Bankruptcy Unit
PO Box 44171
Olympia, WA 98504-4171

ZENDESK, INC.
1019 Market Street
San Francisco, CA 94103-1612

Zee Cooks LLC
1760 Cesar Chavez
Unit L
San Francisco, CA 94124-1136

twilio-1
Twilio, Inc.
Dept LA 23938
Pasadena, CA 91185-3938

zerocater-1
115 Stillman Street
San Francisco, CA 94107-4218