NICHOLAS STROZZA (SBN #117234)
Acting Assistant U.S. Trustee
United States Department of Justice
Office of the U.S. Trustee
280 South First Street, Suite 268
San Jose, CA 95113
Telephone: (408) 535-5525
Facsimile: (408) 535-5532
Email: nick.strozza@usdoj.gov

Attorney for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 15-53931 MEH |
| HOMEJOY (assignment for the benefit of creditors) LLC | Chapter 11 |
| Debtor. | |

**FIRST AMENDED APPOINTMENT OF THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above-captioned case:

1. Debra Mugnani
   Monroe Personnel Svc, LLC
   220 Montgomery St., Ste 1006
   San Francisco, CA 94104

2. Amy Johnson
   TaskUs
   3233 Donald Douglas Loop S
   Santa Monica, CA 90405

FIRST AMENDED APPT OF COMMITTEE OF UNSECURED CREDITORS       -1-

```
 1    3.    Vilma Zenelaj
            c/o Byron Goldstein
 2          Goldstein, Borgen, Dardarian & Ho
            300 Lakeside Drive, Suite 1000
 3          Oakland, CA  94612

 4

 5
      Dated:  March 25, 2016            TRACY HOPE DAVIS
 6                                      UNITED STATES TRUSTEE

 7

 8                                      /s/   Donna Tamanaha
                                        Donna Tamanaha for Nicholas Strozza
 9                                      Acting Assistant United States Trustee
                                        280 South First Street, Suite 268
10                                      San Jose, CA  95113
                                        Telephone:    (408) 535-5525
11                                      Facsimile:    (408) 535-5532
```

28  FIRST AMENDED APPT OF COMMITTEE OF UNSECURED CREDITORS       -2-