John D. Fiero (CA Bar No. 136557)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jfiero@pszjlaw.com
tkapur@pszjlaw.com

Proposed Counsel for the Official
Committee of Unsecured Creditors

The following constitutes
the order of the court. Signed March 29, 2016

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>HOMEJOY (Assignment for the Benefit of Creditors), LLC,<br><br>Debtor. | Case No. 15-53931 MEH<br><br>Chapter 11<br><br>**ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>[No Hearing Required] |

The Court has considered the *Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Docket No. 80] (the "Application"), filed by the Official Committee of Unsecured Creditors in the above-captioned case (the "Committee"), and the Declaration of Teddy M. Kapur filed in support thereof [Docket No. 81]. Based upon the record before the Court, it appears that Pachulski Stang Ziehl & Jones LLP ("PSZ&J") does not hold or represent any interest adverse to the estate in the matters on which it is to be employed, that PSZJ is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required. Accordingly, it is hereby:

**ORDERED** that the Application is approved.

**ORDERED** that the Committee is authorized to employ PSZ&J as its counsel herein on the terms and conditions set forth more fully in the Application, effective as of February 22, 2016.

**ORDERED** that PSZ&J shall be compensated as an expense of administration pursuant to sections 507(a) and 503(b) of title 11 of the United States Code (the "Bankruptcy Code") and in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the rules of this Court, and such other procedures as may be fixed by further order of this Court.

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**\*\*END OF ORDER\*\***

**Court Service List**

**NEF**