Kevin W. Coleman (SB 168538)
Christopher H. Hart (SB 184117)
Gregory C. Nuti (SB 151754)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kcoleman@nutihart.com
    chart@nutihart.com
    gnuti@nutihart.com

Attorneys for Creditor,
Adora Cheung

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>HOMEJOY (Assignment for the Benefit of Creditors), LLC<br><br>Debtor. | Case No.: 15-53931 MEH<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Nuti Hart LLP, hereby appears as counsel of record for creditor, Adora Cheung in the above-captioned case, pursuant to Bankruptcy Rule 9010(b).

**PLEASE TAKE FURTHER NOTICE** that counsel for Adora Cheung hereby requests that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), all notices given or required to be given to creditors, creditors holding 20 largest claims, any creditors' committee or other committee, or any other parties in interest, including without limitation, notices given pursuant to Bankruptcy Rules 2002(a), (b), (c), and (f), whether sent by the Court, the Debtor, any trustee, or any other party in this case, and all papers served or required to be served in connection with any such matter, be served at the following address and that, pursuant to Bankruptcy Rule 2002(g), the following address be added to the

Court's master mailing list:

    NUTI HART LLP
    Kevin W. Coleman (SB 168538)
    Christopher H. Hart (SB 184117)
    Gregory C. Nuti (SB 151754)
    411 30TH Street, Suite 408
    Oakland, CA 94609-3311
    Telephone: 510-506-7152
    Email: kcoleman@nutihart.com
          chart@nutihart.com
          gnuti@nutihart.com

Dated: January 24, 2017        NUTI HART LLP

By: */s/ Kevin W. Coleman*
      Kevin W. Coleman
      Counsel for Creditor, Adora Cheung